IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

TERESA POPE HOOKS, individually,          *
and ESTATE OF DAVID HOOKS,                *
by Teresa Pope Hooks, Administratrix,     *
                                          *
        Plaintiffs,                       *
                                          *                CASE NO:
VS.                                       *          3:16CV00023-DHB-BKE
                                          *
CHRISTOPHER BREWER, ET. AL.               *
                                          *
        Defendants.                       *
_____   *


**DISCLOSURE STATEMENT**
**S.D. Ga. LR 7.1.1**


        The undersigned, counsel of record for Plaintiff, certifies that the
following is a full and complete list of the parties in this action:

        Name                        Identification & Relationship
        Teresa Pope Hooks           Plaintiff
        Estate of David Hooks       Plaintiff
        Christopher Brewer          Defendant
        Steve Vertin                Defendant
        Randall Deloach             Defendant


        The undersigned further certifies that the following is a full and complete
list of officers, directors, or trustees of the above-identified parties:

        Name                        Identification & Relationship
        Not applicable


-1-

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):

| Name | Identification, Relationship & Interests |
|---|---|
| Brian Spears | Counsel for Plaintiff |
| G. Brian Spears, P.C. | Law firm of Plaintiff's counsel |
| Mitch Shook | Counsel for Plaintiff |
| Christopher Brewer | Defendant |
| Steve Vertin | Defendant |
| Randall Deloach | Defendant |
| William Harrell | Defendant |
| Timothy J. Buckley, III | Counsel for Defendants |
| Kelly L. Christopher | Counsel for Defendants |
| Buckley Christopher & Haff, P.C. | Law firm of Defendants' counsel |

Submitted this 11th day of July, 2016.


S/ G. BRIAN SPEARS
Bar No. 670112
Attorney for Plaintiff


1126 Ponce de Leon Ave., N.E.
Atlanta, Georgia 30306
Tele:  (404) 872-7086

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2016, I electronically filed the attached with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Timothy J. Buckley, III                     Mitch Shook
Kelly L. Christopher                        P.O. Drawer P
Buckley Christopher & Haff, P.C.            470 Randolph Dr.
2970 Clairmont Road NE, Suite 1010         Vidalia, GA, 30474 -8929
Atlanta, Georgia 30329


S/BRIAN SPEARS, ECF-Registered Attorney
Georgia Bar No. 670112
Attorney for Plaintiff
1126 Ponce de Leon Avenue
Atlanta, GA 30306
Telephone: (404) 872-7086
Email: Bspears@mindspring.com