IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| TERESA POPE HOOKS, individually, <br> and ESTATE OF DAVID HOOKS, <br> by Teresa Pope Hooks, Administratrix, <br><br> Plaintiffs, <br><br> VS. <br><br> CHRISTOPHER BREWER, ET. AL. <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CASE NO: <br> 3:16-CV-00023-DHB-BKE |

**PLAINTIFF'S NOTICE OF FILING ORIGINAL DISCOVERY**

COMES NOW Teresa Pope Hooks, Plaintiff in the above-styled action, and hereby gives notice of her filing with the Court, for evidence and other purposes allowed under the Federal Rules of Civil Procedure, the following:

1. Condensed version of Deposition of Tim Burris, including exhibits;

2. Condensed version of Deposition of Randall DeLoach, including his Errata Sheet and exhibits;

3. Condensed version of Deposition of Brandon Faircloth;

4. Condensed version of Deposition of Buck Forte;

5. Condensed version of Deposition of Gerald Frazier;

-1-

6. Condensed version of Deposition of Rodney Jason Garrett;

7. Condensed version of Deposition of Bill Harrell, including exhibits;

8. Condensed version of Deposition of Carla Hooks;

9. Condensed version of Deposition of Timothy Johnson;

10. Condensed version of Deposition of Forrest Jones;

11. Condensed version of Deposition of Kasey Loyd;

12. Condensed version of Deposition of William Meeks;

13. Condensed version of Deposition of Lance Padgett, including exhibits;

14. Condensed version of Deposition of Robert Toney, including his Errata Sheet and exhibits;

15. Condensed version of Deposition of Steve Vertin, including his Errata Sheet;

16. Condensed version of Deposition of Jack Wood; and

17. Expert Report of Jeffrey Noble dated November 5, 2016;

18. Supplemental Report of Jeffrey Noble dated December 15, 2016; and

19. Second Supplemental Report of Jeffrey Noble dated December 30, 2016.

                                                S/ G. BRIAN SPEARS
                                                Bar No. 670112
                                                Attorney for Plaintiff

1126 Ponce de Leon Ave., N.E.
Atlanta, Georgia 30306
Tele: (404) 872-7086

## CERTIFICATE OF SERVICE

      I hereby certify that on May 25, 2017, I electronically filed the attached with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Timothy J. Buckley, III | Mitch Shook |
| Kelly L. Christopher | P.O. Drawer P |
| Buckley Christopher, P.C. | 470 Randolph Dr. |
| 2970 Clairmont Road NE, Suite 650 | Vidalia, GA, 30474 -8929 |
| Atlanta, Georgia 30329 | |

                                                S/BRIAN SPEARS, ECF-Registered Attorney
                                                Georgia Bar No. 670112
                                                Attorney for Plaintiff
                                                1126 Ponce de Leon Avenue
                                                Atlanta, GA 30306
                                                Telephone: (404) 872-7086
                                                Email: Bspears@mindspring.com