# In The Matter Of:

*TERESA POPE HOOKS, ET AL. vs.*
*CHRISTOPHER BREWER, ET AL.*

---

*RANDALL DELOACH*
*October 5, 2016*

---

*HAWTHORNE & WEBB COURT REPORTING*
*149 RIVER HILLS LANE*
*MACON, GEORGIA  31211*

Original File RANDALL DELOACH.prn
**Word Index included with this Min-U-Script®**

Case 3:16-cv-00023-BKE   Document 83-3   Filed 05/25/17   Page 2 of 22

TERESA POPE HOOKS, ET AL. vs.
CHRISTOPHER BREWER, ET AL.

RANDALL DELOACH
October 5, 2016

Page 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

TERESA POPE HOOKS,          :
Individually and ESTATE
OF DAVID HOOKS, by          :
Teresa Pope Hooks,
Administratrix,             :

        PLAINTIFFS,         :      CASE NO.
                                   3:16CV00023-DHB-BKE
    vs.                     :

CHRISTOPHER BREWER, ET AL., :

        DEFENDANTS.         :

OCTOBER 5, 2016      DUBLIN, GEORGIA      10:00 A.M.

    Deposition of RANDALL DELOACH, called before Laura M.
Jackson, Certified Court Reporter, State of Georgia,
Certificate No. B-959, testimony taken at the Laurens County
Courthouse, Dublin, Georgia, beginning at approximately 10:00
a.m., on October 5, 2016.

NOW OFFERING VIDEO CONFERENCING

HAWTHORNE & WEBB COURT REPORTING
149 RIVER HILLS LANE
MACON, GEORGIA 31211
PHONE:  478.746.2295
LAURA@HAWTHORNE-WEBB.COM

---

Page 2

APPEARANCES:

FOR THE PLAINTIFFS:        MR. G. BRIAN SPEARS
                           G. Brian Spears, PC
                           1126 Ponce de Leon Avenue N.E.
                           Atlanta, Georgia  30306
                           bspears@mindspring.com

                           MR. MITCHELL M. SHOOK
                           Salter, Shook & Tippett
                           Post Office Drawer 300
                           Vidalia, Georgia  30475
                           mitchshook@vidalialaw.com

FOR THE DEFENDANT:         MR. TIMOTHY J. BUCKLEY, III
                           Buckley Christopher
                           Suite 1010
                           2970 Clairmont Road N.E.
                           Atlanta, Georgia  30329
                           tbuckley@bchlawpc.com

ALSO PRESENT:              MS. TERESA HOOKS

REPORTER'S NOTE:           Witness RESERVES reading and
                           signing of the document.

INDEX

CROSS EXAMINATION                                    3
BY MR. SHOOK

DIRECT EXAMINATION                                  56
BY MR. BUCKLEY

EXHIBIT

EXHIBIT NO. & DESCRIPTION                          PAGE

PLAINTIFF'S EXHIBIT NO. 30                          46
DRAWING

---

Page 3

[1]        RANDALL DELOACH
[2]     Witness having been first
[3]     duly sworn, testified on
[4]  **CROSS EXAMINATION**
[5]  **BY MR. SHOOK:**
[6]  Q  Please state your name for the record.
[7]  A  **Randall Deloach.**
[8]  Q  Mr. Deloach, my name is Mitch Shook and I represent
[9]  Teresa Hooks in this case that's been filed in the Southern
[10]  District of Georgia.  I'm here today to ask you some
[11]  questions.  Have you ever given a deposition before?
[12]  A  **No, sir.**
[13]  Q  Okay.  Well, what we're going to do here is I'm
[14]  going to be asking some questions and, as you know, the court
[15]  reporter's trying to take everything down.  So if you would,
[16]  please verbalize a response as opposed to going Uh-huh
[17]  (affirmative), or uh-Uh (negative), or nodding heads, because
[18]  she has a hard time taking that down.  If for some reason you
[19]  forget that and I prompt you to do that, I'm not trying to be
[20]  hard to deal with.  I'm just doing it for her sake, okay?
[21]  A  **Uh-huh (affirmative).**
[22]  Q  All right.  Mr. Deloach, tell me, where do you
[23]  currently reside?
[24]  A  **In East Dublin, Georgia.**
[25]  Q  And how long have you lived in East Dublin?

---

Page 4

[1]  A  **Basically my whole life.  I've moved a few times
[2]  but my whole life.**
[3]  Q  Are you originally from Laurens County?
[4]  A  **Yes, sir.**
[5]  Q  Tell me a little bit about your educational
[6]  background.
[7]  A  **I went to East Laurens High School.**
[8]  Q  Did you graduate?
[9]  A  **Yes, sir.**
[10]  Q  What year was that?
[11]  A  **2008.**
[12]  Q  After going to East Laurens High School and
[13]  graduating, did you get any other type of education?
[14]  A  **No.  I have a certificate but that's it.  No kind
[15]  of degree or anything.**
[16]  Q  What's the certificate in?
[17]  A  **Criminal Justice.**
[18]  Q  Where did you get that from?
[19]  A  **Oconee Fall Line.**
[20]  Q  Technical College?
[21]  A  **Yes, sir.  It was Heart of Georgia then.**
[22]  Q  I understand.  And other than the certificate you
[23]  got from Oconee or Heart of Georgia at that time, did you
[24]  receive any other type of college or technical school
[25]  education?

TERESA POPE HOOKS, ET AL. vs.
CHRISTOPHER BREWER, ET AL.

RANDALL DELOACH
October 5, 2016

---

Page 5

[1] **A  No, sir.**
[2] Q  Tell me, if you would, about your employment
[3] history.  What's the first job you ever had?
[4] **A  The first job I ever had was at -- I worked at**
[5] **Sleep and Recline downtown delivering furniture.**
[6] Q  And after you left that occupation what did you do
[7] next?
[8] **A  I worked at a BP store over across from East**
[9] **Laurens Highschool.**
[10] Q  Okay.  After that what did you do?
[11] **A  I went to Kroger and was assistant manager at the**
[12] **fuel center or over the fuel center.**
[13] Q  Okay.  After that?
[14] **A  I went to the Sheriff's office.**
[15] Q  What year did you start with Laurens County
[16] Sheriff's Department?
[17] **A  2010.**
[18] Q  Why did you decide to get involved in law
[19] enforcement?
[20] **A  It's something I've always wanted to do really.**
[21] Q  Did you know anybody that worked in the Laurens
[22] County Sheriff's Department at the time?
[23] **A  A few people.  A few people.**
[24] Q  What was the -- when you went to work for the
[25] Laurens County Sheriff's Department what was the first job

---

Page 6

[1] you had?
[2] **A  A jailer.  I worked in the jail.**
[3] Q  When -- would that have been in 2010?
[4] **A  Yes, sir.**
[5] Q  At some point in time -- let me back up.  At the
[6] point in time you were a jailer, were you a certified peace
[7] officer at that point in time?
[8] **A  No, sir.**
[9] Q  Tell me -- obviously at some point in time you quit
[10] being a jailer and became a peace officer.  When did that
[11] take place?
[12] **A  I believe it was 2012 when I went to school.**
[13] Q  And what police academy did you go to?
[14] **A  In Forsyth.  Georgia Public Safety Training Center.**
[15] Q  And that was in 2012?
[16] **A  Yes, sir.  I'm pretty sure it was 2012.**
[17] Q  Okay.  What type of training did you get at
[18] Forsyth?
[19] **A  I just went through basic mandate certification**
[20] **that all police officers in Georgia have to go through.**
[21] Q  Since then have you had any type of specialized
[22] training through the training center in Forsyth?
[23] **A  Yes, sir.**
[24] Q  Tell me about that a little bit.
[25] **A  I'm trying to remember.  I've had -- I went up**

---

Page 7

[1] **there for some officer survival class and a few other**
[2] **classes.  I can't remember all of them that I've done over**
[3] **the last few years.  They'd be on my training record.**
[4] Q  So anything that's on your post record should
[5] reflect the training you've had?
[6] **A  Yes, sir.**
[7] Q  Did that training include training for the SRT?
[8] **A  Yes, sir.  We get training through our instructors**
[9] **at the Sheriff's office during our SRT training.**
[10] Q  All right.  So after you became a police officer in
[11] 2012, what was your job then with the Sheriff's Department?
[12] **A  I was a transport deputy.  I just done (sic)**
[13] **transports for the jail and courthouse.**
[14] Q  How long did you do that?
[15] **A  I don't remember exactly.  I want to say around six**
[16] **months to a year maybe, somewhere around there.**
[17] Q  After you stopped being the transport deputy, what
[18] job did you then take?
[19] **A  Patrol deputy.**
[20] Q  And describe for me what your duties were as a
[21] patrol deputy.
[22] **A  They're basically to patrol Laurens County.  We**
[23] **answer calls, any emergency calls that come in through 911.**
[24] **And if we're not answering calls, we're patrolling different**
[25] **areas of the county and checking houses and buildings and**

---

Page 8

[1] **things of that nature.**
[2] Q  Okay.  Were there any other divisions of the
[3] Sheriff's Department besides the SRT that you participated
[4] in?
[5] **A  No, sir.**
[6] Q  Did you ever participate in drug task force or
[7] anything of that nature?
[8] **A  No, sir.**
[9] Q  Were you ever assigned to any specific unit at the
[10] -- with the Sheriff's Department?  Like I know they have a
[11] drug unit.  They have a property's crime unit, that kind of
[12] thing?
[13] **A  No.  Just patrol.**
[14] Q  Just patrol.  Okay.  When did you join the SRT?
[15] **A  I can't even tell you exactly what year it was.  I**
[16] **don't remember when it was.**
[17] Q  Well, if you started as a -- if you started --
[18] **A  It was after I was -- it was after I was a patrol**
[19] **deputy, I know that.**
[20] Q  Okay.
[21] **A  But I don't remember exactly when.**
[22] Q  And when you joined the SRT, who asked you to join
[23] the SRT?
[24] **A  Nobody really asks to join.  You can -- you can go**
[25] **to a member of the team and tell them that you're interested**

---

TERESA POPE HOOKS, ET AL. vs.
CHRISTOPHER BREWER, ET AL.

RANDALL DELOACH
October 5, 2016

---

Page 9

[1] in being on the team.  You don't really just -- we don't just
[2] go and ask people.  People kind of have to want to do it.
[3] Q   Okay.  Did you receive any training at Forsyth
[4] regarding the SRT?
[5] A   Officer survival. that's the class that we take or
[6] that a lot of guys on SRT take.
[7] Q   And that would have been one I think you mentioned
[8] earlier that you took officer survival in Forsyth?
[9] A   Uh-huh (affirmative).
[10] Q   Anything else that you recall?
[11] A   Not in Forsyth.  We get most of all of our training
[12] through our SRT training days here with our instructors.
[13] Q   And who would have been the officers that provided
[14] that training for you?
[15] A   Sergeant Stokes and Corporal Vertin.
[16] Q   What is your understanding of the purpose for the
[17] SRT?
[18] A   We're there in -- we're there mostly to serve high
[19] risk warrants because we do a lot.  We do training in those
[20] areas that normal patrol deputies and guys on the drug unit
[21] don't get.  If they have high risk warrants or anything like
[22] that, we serve.
[23] Q   Are you aware of instances where search warrants
[24] have been executed without the SRT?
[25] A   Not that I'm aware of.

---

Page 10

[1] Q   Okay.  Is it your understanding that the policy of
[2] the Laurens County Sheriff's Department is to use the SRT to
[3] serve all warrants if the SRT is available?
[4] A   No.
[5] Q   That's not your understanding?
[6] A   And I don't know exactly what our policy says on
[7] when they have to use SRT team.
[8] Q   No one's ever discussed that in a training session
[9] with you?
[10] A   No.  That would be up to the commander and whoever
[11] makes the decisions.
[12] Q   Do you have -- do you have a ballpark idea of how
[13] many search warrant executions you've participated in
[14] regarding the SRT?
[15] A   I can't tell you exactly but at least five or six
[16] probably, up to that point.
[17] Q   Okay.  When the SRT is going to execute a search
[18] warrant, is there a briefing that is done prior to that?
[19] A   Yes.
[20] Q   And typically how long would that briefing take?
[21] A   It all depends on what we're doing.  Some things
[22] are more complicated than others depending on the situation.
[23] Q   Can you tell me, in your history of these five or
[24] so search warrants that you've participated in, what's the
[25] longest a briefing has ever taken?

---

Page 11

[1]      MR. BUCKLEY: Now, he said up to that point.  I
[2] think that means before this.
[3]      MR. SHOOK: Before this incident. Okay.
[4]      MR. BUCKLEY: Is that right?  Is that what you
[5] meant?
[6]      THE WITNESS: (Nodding head affirmatively.)
[7] Q   MR. SHOOK: Well, let me clear that up then.  How
[8] many total search warrant executions have you participated in
[9] leading up to this situation and afterwards?
[10] A   I can't tell you exactly.  I don't want to -- I
[11] don't want to try to give you a number because I really can't
[12] tell you exactly.
[13] Q   Is it fair to say that you've participate in more
[14] than one since this happened?
[15] A   Uh-huh (affirmative).  Yes, sir.
[16] Q   In all the search warrants that you've participated
[17] in, the execution of the search warrant, what's the longest
[18] amount of time that a briefing has taken?
[19] A   We don't really keep time when we're doing our
[20] briefings.  I mean, I can't give you an exact number.
[21] Q   Is -- when these briefings take place are you given
[22] any information with regards to what the purpose of the
[23] search is?
[24] A   Yes.
[25] Q   Are you provided a copy of the search warrant that

---

Page 12

[1] you're going to be there to execute?
[2] A   They send -- any information they have they usually
[3] put on the table and we usually send it around so everybody
[4] can look at what we've got as they're giving the information
[5] out.
[6] Q   All right.  Is it common for the SRT to have a
[7] written operations plan?
[8] A   I think that all depends.  I really can't tell you.
[9] We have -- they go over everything with us.  That would
[10] really be up to the commander to whether he has it written
[11] down or not.  That's something you'd have to ask him.
[12] Q   Have you seen written operation plans in the past?
[13] A   The ones I've done, no.
[14] Q   Okay.  When the SRT is called to execute a search
[15] warrant, do all the team members participate in every one or
[16] is it sometimes some people don't go and others go?  I mean,
[17] how does that work?
[18] A   If you're -- we're on call 24/7.  So if a call
[19] comes out and you're not either -- have taken off for some
[20] reason, then I mean, you'll be there.  The only reason you
[21] wouldn't be there is if your shift is working at the time and
[22] maybe your shift is short so they can't let you go, you know.
[23] So it just depends on the day and time.
[24] Q   To your knowledge is the SRT used in all drug
[25] warrants?

---

Page 13

A I'm not sure exactly. They done (sic) a lot before I ever got on the team. I mean, I couldn't tell you.
Q What is your -- what are you doing now at the Laurens County Sheriff's Department?
A I'm still a deputy on patrol.
Q Same job you've had --
A Uh-huh (affirmative).
Q -- since effectively 2000 -- well, since you stopped doing transport?
A Uh-huh (affirmative).
Q Have you received any promotions or anything during that period of time?
A No, sir.
Q Same rank?
A Uh-huh (affirmative).
Q That's a yes?
A Yes, sir. I'm sorry. I'm sorry. I forgot.
Q Everybody does, including me. Well, then let's talk about this situation. When were you first notified that there was going to be -- that SRT was going to be involved in a search of Mr. Hooks' home?
A When I got the page out from 911 on my phone. I can't tell you a time. You'd have to look at the 911 records for that to see when they paged it out.
Q Okay. What had you been doing that day?

Page 14

A I was actually off that day. We just had a baby. I'd been off for two weeks. That was, like, my first day back from being off.
Q So you had not worked that day?
A No, sir.
Q Were you scheduled to work that day?
A No, sir. Well, actually -- I'm sorry, let me clarify that. I'm really not sure if my shift was working that day. That was my last day off, my last day that I was actually off that I was starting back the next morning.
Q So you would have technically been on a leave of absence or something of that nature?
A Yeah. That day.
Q But they called you in anyway?
A The page goes out to everyone on SRT.
Q Okay. If you had -- if you had elected to, could you have not participated?
A Yes.
Q Since you were off -- technically off or on leave of absence?
A Uh-huh (affirmative).
Q That's a yes?
A Yes. I'm sorry.
Q So it was your decision to participate in this?
A Yes. I was back to work the next morning, so.

Page 15

Q When you got the page did you call anyone?
A Actually, my car had been sitting for two weeks and for some reason the battery was dead so I had to call an officer from East Dublin to come give me a jump to start my car up.
Q Did you -- when you got the page did you call anybody with the SRT to discuss what was going on?
A I don't remember. Not that I remember. I remember having to jump my car off.
Q Okay. Do you recall what the page said?
A No. I can't tell you exactly what the page said.
Q So at the point in time when you got your car jumped off and started toward the Sheriff's Department, did you have any idea what was happening?
A We were getting paged out.
Q That's all you knew?
A Yep.
Q You didn't know whether it was an execution of a search warrant or any other thing that the SRT might do?
A Yeah. I mean, I didn't know.
Q Other than executing search warrants, what does the SRT do?
A Any situation that -- technically, a situation that patrol can't handle. If something comes up like a barricaded subject or any kind of hostile situation or anything like

Page 16

that, we train on all those.
Q Have you had any of those instances that you've participated in since you've been on the SRT?
A Yes.
Q Describe those for me if you could.
A The ones that -- the only ones we've really had is barricaded subjects.
Q Okay. And would those be -- tell me, if you recall, instances where you've had a barricaded suspect?
A Yes. We had one off -- behind West Laurens High School. I remember that one.
Q And do you recall what that was particularly about?
A I don't remember exactly. I think -- the only information I remember we got was that the guy had shot at someone and when deputies arrived to try to talk to him, he ran back inside and barricaded himself inside. That's all the information I can remember.
Q All right. Is it fair to say that the execution of search warrants is the highest number of operations that the SRT does?
A Since I got on the team we did more search warrants than other things.
Q Okay. When you got to the Sheriff's -- I'm assuming when you got the page and you got your car started, you went to the Sheriff's Department. Is that correct?

TERESA POPE HOOKS, ET AL. vs.
CHRISTOPHER BREWER, ET AL.

RANDALL DELOACH
October 5, 2016

---

Page 17

[1] **A   Yes, sir.**
[2] Q   When you got to the Sheriff's Department who did
[3] you speak with?
[4] **A   I don't remember who I spoke with.  Everybody was**
[5] **there, so.**
[6] Q   Do you recall what time you got to the Sheriff's
[7] Department?
[8] **A   I couldn't tell you exactly what time.  At night.**
[9] **That's all I remember.**
[10] Q   It was at night?
[11] **A   Yeah.**
[12] Q   Already dark?
[13] **A   Yes, sir.**
[14] Q   Okay.  And do you recall speaking at any time with
[15] Chris Brewer?
[16] **A   No, sir.**
[17] Q   Do you recall at any point in time talking with
[18] Sheriff Harrell?
[19] **A   No, sir.**
[20] Q   Where was the briefing held?
[21] **A   In our -- well, they call it the break room.**
[22] Q   And who held the briefing?
[23] **A   Sergeant Stokes held the briefing.**
[24] Q   Who spoke at the briefing other than Sergeant
[25] Stokes?

---

Page 18

[1] **A   I don't remember exactly who all spoke, but in most**
[2] **of our briefings him and Corporal Vertin are the ones that**
[3] **handle the briefing.**
[4] Q   Do you recall Chris Brewer speaking at the
[5] briefing?
[6] **A   I don't remember if he did or not.**
[7] Q   How many people are we talking about being in this
[8] room?
[9] **A   Our team plus usually -- usually if there's an**
[10] **outside -- like sometimes there'll be an outside agency,**
[11] **whether the GBI or somebody, that is part of the situation.**
[12] **They'll be there.  I mean, I can't tell you exactly how many.**
[13] Q   Okay.  What's the setting like in there?  Does
[14] everybody stay quiet and let one person talk or does
[15] everybody just kind of talk over each other?
[16] **A   No.  The commander, which Vertin would be under**
[17] **him, he was the entry team leader at the time, they handle**
[18] **the briefing.**
[19] Q   Okay.  Do you recall what was said at the briefing?
[20] **A   I can't tell you exactly what all was said at the**
[21] **briefing.**
[22] Q   Did anybody ever show you a search warrant?
[23] **A   Yes.  Most of our briefings they read the search**
[24] **warrant.**
[25] Q   Did anybody ever show you the affidavit that was

---

Page 19

[1] attached to the search warrant?
[2] **A   Not that I remember.**
[3] Q   Before I get too far along let me double back and
[4] ask this question.  Did you have any involvement with the
[5] arrest of Rodney Garrett?
[6] **A   No.**
[7] Q   Did you know anything about the circumstances
[8] surrounding his arrest prior to this search warrant being
[9] issued?
[10] **A   No.**
[11] Q   Did you speak with anyone whether it would be
[12] Robbie Toney or any of the individuals involved in arresting
[13] Rodney Garrett?
[14] **A   No.**
[15] Q   Did you even know who Rodney Garrett was?
[16] **A   Not until after all this was over with the next day**
[17] **or two I didn't.**
[18] Q   Okay.  You never had any dealings with him before?
[19] **A   Not that I remember.  I didn't know who he was.**
[20] Q   Had you ever had any dealings with a guy named Jeff
[21] Frazier before this?
[22] **A   The name doesn't sound familiar.**
[23] Q   Did you know David Hooks?
[24] **A   I didn't -- I knew of him.  I've been there on a**
[25] **call before but I didn't know him personally.**

---

Page 20

[1] Q   Okay.  Tell me -- you say you've been there on a
[2] call before.  Do you recall what that was about?
[3] **A   He had some money stolen out of his truck.**
[4] Q   Okay.
[5] **A   And he called us out to do a report on it.**
[6] Q   Do you remember when that was?
[7] **A   I couldn't tell you.  I don't remember when that**
[8] **was.**
[9] Q   Going back years?
[10] **A   Yeah.  It's been a while.  It's been a while.**
[11] Q   Okay.  Other than that one instance, did you have
[12] any other dealings that you're aware of with David?
[13] **A   That's the first time I had ever seen or talked to**
[14] **him.**
[15] Q   Did you know Ms. Teresa Hooks or any member of his
[16] family?
[17] **A   I know his daughter.**
[18] Q   Carla?
[19] **A   Uh-huh (affirmative).**
[20] Q   How do you know Carla?
[21] **A   Just from school.  She went to East Laurens.**
[22] Q   Were y'all in school at about the same time?
[23] **A   Yes, sir.  I think she's younger than me, but --**
[24] Q   Okay.  All right.  So do you recall what was said
[25] during the briefing about how the warrant was to be executed?

---

TERESA POPE HOOKS, ET AL. vs.
CHRISTOPHER BREWER, ET AL.

RANDALL DELOACH
October 5, 2016

---

Page 21

[1]  **A   What do you mean exactly?**
[2]  Q   Was there anything in particular that was said
[3]  about this search warrant execution that you recall?
[4]  This search warrant was a lot different than most.
[5]  Q   Okay.
[6]  **A   It was said several, several times that we were --**
[7]  **when we got there, we were to knock on the door several times**
[8]  **and give plenty time because he's known to sleep upstairs,**
[9]  **for him to come downstairs and answer the door.  They**
[10] **actually said, "We don't -- we don't believe we're going to**
[11] **encounter any issues.  We believe more than likely he's going**
[12] **to come to the door and answer the door, give him plenty of**
[13] **time."**
[14] Q   Okay.
[15] **A   That was actually said in this briefing and usually**
[16] **that's not.**
[17] Q   Right.  And do you recall who was saying that?  Was
[18] that Officer Stokes and --
[19] **A   Uh-huh (affirmative).**
[20] Q   -- and Officer Vertin that were saying this?
[21] **A   Yes.**
[22] Q   Did -- do you recall the discussion about the fact
[23] that he had been -- his property had been broken into and
[24] there had been a theft just two -- a couple of days earlier?
[25] **A   Yes.**

---

Page 22

[1]  Q   Was there discussion about the fact that because
[2]  off that, Mr. Hooks and his family might be on heightened
[3]  alert?
[4]  **A   They just said give plenty of time.  That's all --**
[5]  **they said that several times.**
[6]  Q   Do you recall whether or not anyone said to you
[7]  that Mr. Hooks was going to be arrested?
[8]  **A   No.**
[9]  Q   Did anybody tell you that they had an arrest
[10] warrant for Mr. Hooks?
[11] **A   No.**
[12] Q   Was there any discussion about alternative ways of
[13] accomplishing this search?
[14] **A   No.**
[15] Q   Did anybody indicate why it was -- there was such a
[16] rush to get out there and do this search?
[17]     MR. BUCKLEY:  Object to the form of the question.
[18] You may answer.
[19] **A   THE WITNESS:  They -- if they did, they would have**
[20] **been done between the commander and somebody over the drug**
[21] **unit between theirselves (sic).  Once they come -- once they**
[22] **call us in for the briefing, they have their plan set.  We**
[23] **don't --**
[24] Q   Okay.  So I guess based on what you're telling me,
[25] once the decision is made to execute it, the actual members

---

Page 23

[1]  of the team have no say-so in how -- in whether it's done or
[2]  not?
[3]  **A   Well, what do you mean no --**
[4]  Q   Well, for instance, if you're sitting in a briefing
[5]  and their talking about doing something and in your mind you
[6]  say, this is dumb, we shouldn't do it this way, do you have
[7]  the authority to speak up and say, guys, we need to rethink
[8]  this?
[9]      MR. BUCKLEY:  Object to the form of the question.
[10] Calls for speculation.  You may answer it.
[11] **A   THE WITNESS:  Yes.  If you have a problem with**
[12] **something it's -- Corporal Vertin and Sergeant Stokes have**
[13] **always asked for our opinion.  But as far as whether the**
[14] **warrant's going to be served or not, that's not --**
[15] Q   Right.
[16] **A   That's up to the commander and whoever is in charge**
[17] **of the search warrant, whoever took the search warrant out.**
[18] Q   Right.  Okay.  Do you recall overhearing any
[19] conversations between Chris Brewer and Sergeant Stokes or
[20] Vertin regarding alternative ways of accomplishing this?
[21] **A   No.**
[22] Q   Was the Sheriff present at all times during the
[23] briefing?
[24] **A   I never seen (sic) the Sheriff.  He wasn't there**
[25] **during the briefing.**

---

Page 24

[1]  Q   You don't believe he was there?
[2]  **A   He wasn't in our briefing room.**
[3]  Q   Okay.
[4]  **A   Not that I remember.**
[5]  Q   Okay.  And with regards to the -- this particular
[6]  plan, I know you've said that they said "plenty of time."
[7]  Did anybody discuss what that meant?  Like you said, they
[8]  said it over and over, "We want to give him plenty of time to
[9]  get to the door."
[10] **A   Uh-huh, (affirmative).**
[11] Q   Did anybody say what that meant?
[12] **A   Not that I can remember if anybody said exactly**
[13] **what it meant.**
[14] Q   Okay.  Well, what did it mean to you?
[15] **A   To me it meant on a normal knock and announce**
[16] **warrant we're going to knock at least three times and**
[17] **announce ourselves.  So to me it would mean at least three**
[18] **times or more, more than that to give plenty of time for him**
[19] **to wake up and come downstairs.**
[20] Q   So based on what you heard in the briefing, the
[21] goal was to give David Hooks time to one:  wake up.  Correct?
[22] **A   (Witness nodding head affirmatively.)**
[23] Q   Is that a yes?
[24] **A   Yes.**
[25] Q   Two:  put on clothes.  That would be the normal

---

TERESA POPE HOOKS, ET AL. vs.
CHRISTOPHER BREWER, ET AL.

RANDALL DELOACH
October 5, 2016

Page 25

[1] thing -- the way to do things. Correct?

[2] **A Yes.**

[3] Q Come downstairs because as I understand there's

[4] some conversation that he might be upstairs? Is that right?

[5] **A Yeah. They said that it was -- we didn't -- which**

[6] **we don't really know anything 100 percent, but it was said**

[7] **that they believe he sleeps upstairs.**

[8] Q Okay. And walk to the door?

[9] **A Yes.**

[10] Q Is that correct? And during the briefing was it

[11] discussed that this was an above average size home?

[12] **A I don't know if they talked about exactly what the**

[13] **house was, but I know they told us it was a two story**

[14] **residence.**

[15] Q Did they show you a photograph of the home?

[16] **A I don't remember if they had a photograph or not.**

[17] Q Okay. Was there any discussion during the briefing

[18] about which door the warrant was going to be served at?

[19] **A Yes.**

[20] Q And what was that?

[21] **A The, I guess you would call it the back door,**

[22] **underneath the carport.**

[23] Q Okay. What was the reasoning behind going to the

[24] back door as opposed to the front door?

[25] **A I'm not exactly sure what their reasoning was.**

Page 26

[1] Q That wasn't a decision you participated in?

[2] **A No.**

[3] Q In this particular case did you ever see a written

[4] operational plan about what you were going to do?

[5] **A No.**

[6] Q How long did the briefing last?

[7] **A I can't tell you. We don't -- we don't keep time**

[8] **when we're in there. We -- I can't give you an exact time on**

[9] **how long it lasts.**

[10] Q Okay. Were there any other meetings that you're

[11] aware of between any team members outside of the briefing

[12] room?

[13] **A Not that I know of. I don't -- up until they call**

[14] **us into the briefing, I don't know. I can't tell you.**

[15] Q Did you ever see any of the team members leave the

[16] briefing room, go out of the room, and then come back in

[17] during the briefing?

[18] **A Not that I remember. We have to -- we stay in for**

[19] **the briefing.**

[20] Q What about Chris Brewer? Did you ever see him go

[21] and come during the briefing?

[22] **A Not that I remember. I couldn't tell you.**

[23] Q Do you recall him speaking at the briefing?

[24] **A I don't remember if he spoke or not. I don't**

[25] **remember.**

Page 27

[1] Q Okay. At some point in time after the briefing the

[2] decision is made it's time to go. Is that correct?

[3] **A Yes.**

[4] Q Who made that decision as far as you know?

[5] **A The commander of the team.**

[6] Q Okay. Was it -- was there anything said during the

[7] briefing at that point in time when everybody was getting

[8] ready to go about the fact that this was going to -- this

[9] search warrant was going to be executed about 11:00 o'clock

[10] at night?

[11] **A I don't think anybody set a time.**

[12] Q Nobody said anything about the fact that it was

[13] going to be served at 11:00 o'clock at night?

[14] **A I don't remember if anybody said a specific time.**

[15] Q Do you recall anybody saying anything -- anybody,

[16] you know, I asked you if you had the authority to say

[17] something. Do you recall anybody speaking up at the point in

[18] time saying, you know, maybe we ought to reconsider how we're

[19] doing this at 11:00 o'clock at night?

[20] **A No.**

[21] Q Okay. Was there any discussions about the fact

[22] that Mr. Hooks owned firearms?

[23] **A Yes.**

[24] Q Who brought that up?

[25] **A I can't tell you exactly who. Usually it's the**

Page 28

[1] **commander or the entry team leader. They handle the**

[2] **briefing.**

[3] Q What was said about Mr. Hooks owning firearms?

[4] **A They were just known that there were firearms -- or**

[5] **known to be firearms in the house.**

[6] Q Was there a discussion about other people that

[7] might be in the home?

[8] **A Yes.**

[9] Q What's your understanding about what was discussed

[10] about other people that may be in the home?

[11] **A I remember being told his wife would more than**

[12] **likely be there and there was a possibility of another person**

[13] **and a small child -- unsure but there was a possibility.**

[14] Q So the team knew that there was a possibility of

[15] children being present when this search warrant was executed?

[16] **A Yes.**

[17] Q Is there anything, based on your training, special,

[18] that is supposed to be done if you know children may be

[19] present or likely to be present?

[20] **A Yes.**

[21] Q Tell me about that.

[22] **A We wouldn't -- normally in that situation we**

[23] **wouldn't use any kind of flash bangs or chemical devices or**

[24] **anything like that in the house, which we didn't.**

[25] Q Okay. What was your understanding of how this --

TERESA POPE HOOKS, ET AL. vs.
CHRISTOPHER BREWER, ET AL.

RANDALL DELOACH
October 5, 2016

---

Page 29

[1] how the SRT was to be positioned?  I guess I'm asking -- I
[2] guess they call it the stack.  Who was -- how was the stack
[3] to be organized?
[4] **A   It was Meeks and Stewart, they were either one or**
[5] **two.  I can't remember.  I can't remember which one was**
[6] **which, but they were either one or two, I believe.  And then**
[7] **I want to say Sergeant Forte was third and Sergeant Reese was**
[8] **number four and I was number five.  I think Corporal Vertin**
[9] **was behind me.**
[10] Q   Okay.  And my understanding is there was to be a
[11] person that did the knock and announce?
[12] **A   Yes.**
[13] Q   And was that Casey Lloyd?
[14] **A   Yes.**
[15] Q   And my understanding is Casey Lloyd was supposed to
[16] have on a Class A uniform?
[17] **A   He wore this uniform.**
[18] Q   The exact uniform you're wearing today?
[19] **A   Yes.**
[20] Q   And that consists of a dark, is that navy shirt?
[21] **A   Navy or black, whatever you call it.**
[22] Q   A very dark colored shirt; a pair of, I guess,
[23] khaki pants with a dark stripe down the side?
[24] **A   Uh-huh (affirmative).  Yes.**
[25] Q   And what kind of hat would normally be worn with

---

Page 30

[1] that?
[2] **A   No hat.**
[3] Q   No hat?  Okay.  Would there normally be any glasses
[4] worn with that if you were executing a search warrant?
[5] **A   No.**
[6] Q   Okay.  And was there somebody assigned to a
[7] breacher?
[8] **A   Yes.**
[9] Q   And who was the breacher?
[10] **A   Tyler Jackson.**
[11] Q   And on a knock and announce search warrant, why is
[12] it necessary to have a breacher?
[13] **A   Because there's always a chance that we may have to**
[14] **breach the residence.**
[15] Q   Okay.  All right.  So, I'm assuming that everyone
[16] assembled and started out to the Hooks residence.  Is that
[17] correct?
[18] **A   From the briefing we had -- I can't remember**
[19] **exactly how long -- he told us ten or 15 minutes to get**
[20] **geared up and be in the vans.**
[21]     **MR. BUCKLEY:** Mitch, before you get to the next
[22] part, can we take five?
[23]     **MR. SHOOK:** Sure.
[24] (BREAK)
[25] Q   MR. SHOOK:  Officer Deloach, let me go back and

---

Page 31

[1] make sure I understand something.  You said the only
[2] involvement that you know of that you've ever had in law
[3] enforcement with David Hooks was when you went out to
[4] investigate a theft at his home?
[5] **A   As far as I can remember, yeah.**
[6] Q   Do you remember whether or not anyone was arrested
[7] in that matter?
[8] **A   I'm not sure.  I done (sic) the preliminary**
[9] **investigation on scene and then it was turned over to an**
[10] **investigator or someone.**
[11] Q   Okay.  And so as far as your involvement in law
[12] enforcement, is it fair to say that you've never been
[13] involved in any investigation with regards to David Hooks?
[14] **A   Yes.  I haven't.**
[15] Q   Himself?  And you're not aware of any issue with
[16] David Hooks and drugs from your law enforcement experience?
[17] **A   I don't know him.  I don't know him.**
[18] Q   So leading up to the night that you went out to
[19] execute this warrant, is it fair to say that during the
[20] briefing is the first time you ever heard his name associated
[21] with drugs in your law enforcement career?
[22] **A   It's only the -- it's one of the first times I've**
[23] **heard his name.**
[24] Q   Period?
[25] **A   Yeah.**

---

Page 32

[1] Q   Okay.  How did the SRT travel out to the Hooks'
[2] residence?
[3] **A   We rode in our two vans.**
[4] Q   And are those vans like old ambulances that have
[5] been converted or something to that nature?
[6] **A   Basically.**
[7] Q   Okay.  What was the -- my understanding is there
[8] were quite a lot of vehicles that were going out there that
[9] night.  Do you know the sequence they went?
[10] **A   No, I don't.  When we get into the -- the entry**
[11] **team gets into the van and shuts the doors and I couldn't**
[12] **tell you.**
[13] Q   When you're in the van with the door shut were
[14] there any windows to see out?
[15] **A   No.  Just the front windshield if you can see**
[16] **through there.**
[17] Q   Okay.  Was there any discussion about whether there
[18] was going to blue lights used as this group was approaching
[19] the house?
[20] **A   I'm not sure.**
[21] Q   Do you know whether or not there were any blue
[22] lights in use?
[23] **A   I don't remember if there were.  Well, I do**
[24] **remember in the van Corporal Vertin saying something about**
[25] **somebody having blue lights on before we got out.  I don't**

---

Page 33

[1] remember exactly what he said, but I remember him saying
[2] who's got blue lights on or something.  I don't remember
[3] exactly.
[4]   Q   Okay.  Did you see any blue lights that you're
[5] aware of?
[6]   A   I don't remember seeing any that I can remember.
[7] But I'm pretty -- on the entry team, I mean, you're pretty
[8] focused on what you're doing.  You don't really --
[9]   Q   What's the standard protocol when you're executing
[10] a search warrant at night on whether or not any lights are
[11] used, blue lights or headlights or anything?
[12]   A   There's really no standard protocol with search
[13] warrants.  They're all different.  They all call for
[14] different action.
[15]   Q   Sometimes is it the case that no lights are used at
[16] all?
[17]   A   Yes, sometimes.
[18]   Q   You don't recall whether in this case they were
[19] used or not?
[20]   A   I don't remember.
[21]   Q   You recall the Sheriff was one of the vehicles that
[22] was in that line?
[23]   A   I heard someone say the Sheriff was back there, but
[24] I don't remember seeing him.  When I got in the van we shut
[25] the doors.  I don't --

Page 34

[1]   Q   Okay.  And you were dressed in, I guess they're
[2] called tactical gear?
[3]   A   Our SRT gear.
[4]   Q   And that includes a dark colored uniform?  Is that
[5] right?
[6]   A   It's green.
[7]   Q   Is it a dark green?
[8]   A   It's what y'all would call a military green.  I
[9] don't --
[10]   Q   Okay.  And I'm assuming that everyone wears a vest,
[11] a bullet proof vest?
[12]   A   Yes.
[13]   Q   And everyone wears a helmet?
[14]   A   Yes.
[15]   Q   And the helmet comes down over the ears?  Is that
[16] correct?
[17]   A   Yes.  Or up to like here, (witness indicating).
[18]   Q   Okay.  Just right above the ears?
[19]   A   Yes.
[20]   Q   And the helmet is the same color as the uniform?
[21]   A   Yes.
[22]   Q   And my understanding is when a search warrant is
[23] going to be executed, then typically some type of safety
[24] eyewear is used?
[25]   A   We didn't -- we didn't have any eyewear on.

Page 35

[1]   Q   You didn't have any eyewear on that night?
[2]   A   Uh-uh (negative).  No.  I'm sorry.
[3]   Q   Okay.  So you pull up into the Hooks' driveway and
[4] tell me what happened next.
[5]   A   We exited the van and went into our stack by the
[6] front door while Deputy Lloyd began knocking.
[7]   Q   Okay.  You said the front door.  Do you mean --
[8]   A   Well, the back door.  I'm sorry.  I'm sorry.
[9]   Q   The back door?
[10]   A   Yeah.  Under the carport.
[11]   Q   Okay.  So you went into the stack and I'm assuming
[12] everybody was at the back door at the point in time when
[13] Deputy Lloyd knocked?
[14]   A   The entry team, yes.
[15]   Q   The entry team was back there?  And how many times
[16] did Deputy Lloyd knock?
[17]   A   I know I -- I know of three times, at least three
[18] times that I know of.
[19]   Q   Okay.  And how long a period of time are we talking
[20] about?
[21]   A   I can't tell you how long.  I mean, we were --
[22]   Q   Did he say anything when he knocked?
[23]   A   Yes.
[24]   Q   What did he say?
[25]   A   Usually it's, "Sheriff's office.  We have a search

Page 36

[1] warrant," -- in that -- I'm not going to say every person
[2] says it the same way, but it's --
[3]   Q   Did he have any type of amplification device to
[4] amplify his voice, like a bullhorn or anything of that
[5] nature?
[6]   A   No.
[7]   Q   So he was just using his voice?
[8]   A   Yes.  He was just yelling it.
[9]   Q   Okay.  And so he knocks.  He says, "Sheriff's
[10] Department, search warrant"?
[11]   A   Yes.
[12]   Q   And then he did that again?
[13]   A   Yes.
[14]   Q   And then I guess as we sit here today you're saying
[15] he did that a third time?
[16]   A   Yes.
[17]   Q   So is it safe to say that that took less than a
[18] minute?
[19]   A   I mean, I can't tell you.  I wouldn't -- when
[20] you're there on the entry team, you're not worried -- you're
[21] not thinking about how long it's taking.  You're thinking
[22] about what you have to do once we enter the house.  I don't
[23] know.
[24]   Q   Do you recall there being any significant pause in
[25] between --

TERESA POPE HOOKS, ET AL. vs.
CHRISTOPHER BREWER, ET AL.

RANDALL DELOACH
October 5, 2016

Page 37

[1] **A  Yes.  I mean --**

[2] Q  -- the knocking and announcing --

[3] **A  -- there's a pause in between.**

[4] Q  Are we talking about a matter of seconds?

[5] **A  I can't tell you.  I don't know.**

[6] Q  All right.  What did you -- what happened next?

[7] **A  After -- after what?**

[8] Q  What happened after Deputy Lloyd knocked and

[9] supposedly announced these three times?

[10] **A  At that point I heard him say, "I see him," as he**

[11] **was coming.  You know, he seen (sic) him come into the room**

[12] **there, the main room there when you come in.  And as -- right**

[13] **after he said, "I seen him," he said, "He just ducked into**

[14] **another room."**

[15] Q  Okay.

[16] **A  And if it wouldn't have been for the fact that he**

[17] **said, "I see him coming.  Wait, he just ducked into another**

[18] **room," we would have knocked and announced several more**

[19] **times.**

[20] Q  Okay.  Did you consider that perhaps whoever that

[21] person was was actually trying to come to the door?

[22]      MR. BUCKLEY: Object to the form of the question.

[23] **A  THE WITNESS: At first.  When he first said, "I see**

[24] **him coming."**

[25] Q  Okay.  And how long after Deputy Lloyd said, I saw

Page 38

[1] him but he ducked into another room, or whatever, was it till

[2] the order to breach was given?

[3] **A  I can't tell you how long.  At that point it's**

[4] **unknown what he's doing so I'm sure not very long afterwards.**

[5] Q  Almost immediately after that?

[6] **A  No immediately after, but I mean, it wouldn't have**

[7] **been very long.**

[8] Q  Matter of seconds?

[9] **A  I can't tell you if it was --**

[10] Q  Was there -- as you guys are going to the door and

[11] in the stack as Deputy Lloyd is doing what you describe as

[12] knocking and announcing, was there radio traffic between the

[13] officers?

[14] **A  I don't remember there being radio traffic.  There**

[15] **was talking.**

[16] Q  Did everyone have a radio on that they could

[17] communicate with other officers?

[18] **A  Yes.  Well, the SRT team does.**

[19] Q  And what channel does that radio operate on?

[20] **A  Usually either TAC-1 or TAC-2 is what they call the**

[21] **channels we use.**

[22] Q  So these communications that would have been going

[23] on between Deputy Lloyd and everyone else, would they be over

[24] that radio channel?

[25] **A  I'm sorry, say that again.**

Page 39

[1] Q  The communications between Deputy Lloyd as he's

[2] knocking and announcing and saying this:  "I saw him but he

[3] -- but he ducked in whatever;" would that have been over

[4] that radio channel as well?

[5] **A  No.**

[6] Q  Did Deputy Lloyd not have a radio on?

[7] **A  Yes, I'm sure he probably had a radio.  He had his**

[8] **normal uniform on.  He wouldn't have had our headset but I'm**

[9] **sure he had his radio.**

[10] Q  Is that primarily the way you guys communicate with

[11] each other is through the headset?

[12] **A  Well, not if we're close enough to talk.**

[13] Q  Okay.  Okay.  Who gave the order to breach?

[14] **A  I believe Sergeant Reese and Corporal Vertin were**

[15] **both saying -- gave the order.**

[16] Q  Okay.  And from the time you were positioned and

[17] Deputy Lloyd did his first knock and announce, till the time

[18] of the breach, how long are we talking about?

[19] **A  I can't tell you how long.  How long it was is not**

[20] **anything I was thinking about.**

[21] Q  Well, I mean, was it more than a minute?

[22] **A  I'm sure.  But I mean, I can't give you a --**

[23] Q  Was it more than two minutes?

[24] **A  I don't know.  I can't give you a time.**

[25] Q  Okay.  Did anybody, while you're there in the

Page 40

[1] stack, say, "Wait guys.  We said we needed to give this guy

[2] plenty of time"?  Anybody say that?

[3] **A  No.  They didn't because we gave him plenty of**

[4] **time.**

[5] Q  You believe you gave him plenty of time?

[6] **A  Yes.**

[7] Q  To get out of bed, right?

[8] **A  Yes.**

[9] Q  Find some clothes, put some clothes on, right?

[10] **A  Yes.**

[11] Q  Come down a flight of steps, right?

[12] **A  Yes.**

[13] Q  And walk to the door?

[14] **A  Yes.**

[15] Q  All right.  When the breach was made, what happened

[16] next?

[17] **A  When we entered -- after the breach was made I**

[18] **heard gunshots start going off.  As I came into the door,**

[19] **maybe the last one or two -- when gunshots were going off it**

[20] **all kind of runs together.  But I believe maybe there was**

[21] **another shot or so as I was coming in the door and that was**

[22] **it.**

[23] Q  All right.  So you were, as I understand it, number

[24] five in the stack?

[25] **A  Yes.**

TERESA POPE HOOKS, ET AL. vs.
CHRISTOPHER BREWER, ET AL.

RANDALL DELOACH
October 5, 2016

Page 41

[1]   Q   And I'm -- is it safe to say when the entry team
[2]   makes entry, they do so very quickly?
[3]   A   Yes.
[4]   Q   It's -- and that's by design, correct?
[5]   A   Yes.
[6]   Q   You want to get in the house or in the -- whatever
[7]   you're --
[8]   A   We want to get through the doorway.
[9]   Q   As fast as possible and get into position, correct?
[10]  A   Yes.
[11]  Q   And I believe what you're telling me is, that all
[12]  the shots were fired in the time it took four people to get
[13]  through the door?
[14]       MR. BUCKLEY: Object to the form of the question.
[15]  You may answer it.
[16]  A   THE WITNESS:  Except for the last few that as I was
[17]  coming in, yes.
[18]  Q   Right.  And that would -- you heard the last few
[19]  shots just as you were walking through the door?
[20]  A   Yes.
[21]  Q   So in the time it took -- in the time it took
[22]  Meeks, Stewart, Forte, and Reese to get through the door
[23]  every shot had been fired?
[24]       MR. BUCKLEY: Object to the form of the question.
[25]  Q   MR. SHOOK:  Other than the one or two you heard

Page 42

[1]   just as you got to the door?
[2]   A   As I was going inside, yes.
[3]   Q   Do you have any idea how many shots were fired?
[4]   A   No clue.
[5]   Q   Would it surprise you to know that it was 23?
[6]   A   No.  I mean, I don't --
[7]   Q   Did you actually see any shots fired?
[8]   A   No.
[9]   Q   Did you see the muzzle blast of anyone's firearm?
[10]  A   No.  Everybody's back was to me as I came in.
[11]  Q   Okay.  You never fired your firearm?
[12]  A   No.
[13]  Q   Did you hear anyone say anything immediately prior
[14]  to the shots being fired?
[15]  A   I don't remember.
[16]  Q   You were the closest person to the four people that
[17]  fired their weapon, correct?  Is that correct?
[18]  A   Yes.
[19]  Q   You didn't hear anything said prior to them firing
[20]  their weapon?
[21]  A   Not that I remember.
[22]  Q   Did you, at any time, see David Hooks prior to the
[23]  shots being fired?
[24]  A   No.  Wait a minute.  I'm sorry.  Did I see him
[25]  after the shots were fired?

Page 43

[1]   Q   No.
[2]   A   Or before?
[3]   Q   Before.  Did you see him --
[4]   A   No.
[5]   Q   -- at any time prior to the shots being fired?
[6]   A   No.
[7]   Q   Did you hear David Hooks say anything prior to the
[8]   shots being fired?
[9]   A   No.
[10]  Q   All right.  The shots are stopping.  You're going
[11]  through the door.  What's the first thing you see?
[12]  A   The first thing I see is the back of my guys.
[13]  There wasn't a whole lot of room there so they were kind of
[14]  -- four people spread out was taking the whole --
[15]  Q   All right.  You recall that you're in a kitchen at
[16]  that point in time, correct?
[17]  A   Yes.
[18]  Q   And there's an island in the kitchen?
[19]  A   Yes.
[20]  Q   Tell me how the individuals that you saw when you
[21]  went in the door were positioned.  Who was where?
[22]  A   I don't remember who was where.  I couldn't tell
[23]  you that.  I just know that there were four this way, across,
[24]  in front of me.  I don't know.
[25]  Q   All right.  I'm not an artist, so.  This is the

Page 44

[1]   hall going this way.  All right.  This is supposedly -- and
[2]   I'll mark this as an Exhibit.  This is supposedly not a very
[3]   good drawing of Ms. Hooks' kitchen.  Okay?  This would be the
[4]   dining room and this would be a living room and the master
[5]   bedroom would be over here.  This would be the kitchen and
[6]   the island.
[7]   When you walked through this door, if you would, put
[8]   four "Xs" where you saw -- where you saw Meeks, Stewart,
[9]   Forte, and Reese, and I understand you don't know who was
[10]  where, but you say you saw four people standing.  Where were
[11]  the four people standing?
[12]  A   I don't remember this being how it was when we came
[13]  either.  That's not an accurate drawing.
[14]  Q   Okay.  Well, why don't you draw me one then.  Draw
[15]  me what you remember.  Draw me what you remember it looking
[16]  like.
[17]  A   I believe there's a pantry or some sort on the left
[18]  when you come in.  Something over here to the left, some kind
[19]  of room.  Isn't there?
[20]       MR. BUCKLEY: I can't answer questions.
[21]  Q   MR. SHOOK:  Just what you remember.
[22]  A   I remember some kind of room or something being
[23]  over here this way.
[24]  Q   Okay.
[25]  A   And the doorway was actually over toward this side

TERESA POPE HOOKS, ET AL. vs.
CHRISTOPHER BREWER, ET AL.

RANDALL DELOACH
October 5, 2016

Page 45

[1] --
[2] Q   Okay.
[3] A   -- from the island.
[4] Q   Okay.
[5] A   And when we come (sic) in, everybody come (sic) in
[6] was kind of through here (witness indicating), and then I
[7] come in behind.
[8] Q   Okay.  Well, just -- so if I -- this line that
[9] you've marked right here, everybody was in a line right
[10] there?
[11] A   Yeah.  I mean, I'm not going to say a line but they
[12] were through --
[13] Q   They were positioned that way?
[14] A   They were through this area --
[15] Q   Okay.
[16] A   -- when I come (sic) in.
[17] Q   Okay.  How about just put an "X" on each end of
[18] that line then and we'll understand that that line --
[19] A   Just through there.
[20] A   -- just kind of represents the general area they
[21] were in.
[22] A   Yep.
[23] Q   Okay.
[24]      COURT REPORTER: Do you want to continue?  I do
[25] know where we were.

Page 46

[1]      MR. SHOOK: Yes.  Let's just do that.
[2]      COURT REPORTER: So this will be 30.
[3]      MR. SHOOK: Let's just do that, okay.
[4] (DRAWING MARKED PLAINTIFF'S EXHIBIT NO. 30.)
[5] Q   MR. SHOOK: Okay.  So you walk in the door.  You
[6] see these team members in the kitchen, in this way.  Was
[7] there any conversation that you had with any members of --
[8] any of the other members of the entry team?
[9] A   I don't remember having a conversation with
[10] anybody.
[11] Q   Okay.  What do you recall seeing other than those
[12] individuals in the kitchen?
[13] A   When I immediately come in, I couldn't really see a
[14] whole lot besides them.
[15] Q   Was it dark in the house?
[16] A   I don't remember if it was dark or not.
[17] Q   Okay.  What would have been the reason you couldn't
[18] see a whole lot?
[19] A   Just because they were there.
[20] Q   Okay.  Did anybody direct you to do anything?
[21] A   Not that I remember.
[22] Q   What's the next thing you did after you came in?
[23] A   We pushed forward, myself and Sergeant Reese pushed
[24] forward to the hallway.
[25] Q   Okay.  At any point in time while the entry team --

Page 47

[1] before the entry team went in, did you hear anybody say
[2] anything about a gun?
[3] A   Not that I remember.
[4] Q   At the point in time when the entry team was going
[5] in ahead and you and were trying to get to the door, did you
[6] hear anybody say anything about a gun?
[7] A   Not that I remember.  I was still outside.
[8] Q   You had the headset on, though, correct?
[9] A   Yes.
[10] Q   So you could hear what the other members of the
[11] team were saying if they said something?
[12] A   No.
[13] Q   Okay.  Why?
[14] A   With our headsets -- most all headsets I've ever
[15] used you have to -- if you want to talk to another team
[16] member, there's another section on our -- that you have to
[17] press in order to talk.
[18] Q   Okay.
[19] A   It don't (sic) just -- everything you say don't
[20] (sic) just automatically go through.
[21] Q   I understand.  Was there ever a point in time when
[22] you were more than ten feet away from the other four members
[23] of the entry team?
[24] A   I really can't say.
[25] Q   I mean, the stack was -- you guys were -- as you

Page 48

[1] were getting ready to go through the door, you were front to
[2] back, correct?
[3] A   Yes.
[4] Q   Right on each other?
[5] A   Yes.
[6] Q   There was no appreciable gap between you guys, and
[7] it's designed that way, correct?
[8] A   Yes.  There shouldn't have been.
[9] Q   So it's the distance it would take five grown men
[10] to line up one behind the other?
[11] A   Basically.  Once you have all your gear and
[12] weapons, yeah.
[13] Q   Okay.  And you don't recall ever hearing anybody
[14] say anything about a gun?
[15] A   Not that I can remember.
[16] Q   All right.  As you pushed forward what did you see
[17] in the Hooks' home?
[18] A   I seen (sic) -- we were going to toward the
[19] hallway.  As we come (sic) by, all I seen (sic) is him and
[20] the shotgun next to him, and then we pushed forward to the
[21] hallway and our other guys took care of that side of the
[22] situation.
[23] Q   Did you say anything to David Hooks?
[24] A   No.
[25] Q   Did you hear anybody else say anything to him?

TERESA POPE HOOKS, ET AL. vs.
CHRISTOPHER BREWER, ET AL.

RANDALL DELOACH
October 5, 2016

Page 49

[1]  **A  I don't remember if anybody said anything to him?**
[2]  **A  Do you recall somebody yelling at him to show them**
[3]  **their hand -- his hands?**
[4]  **A  I can't specifically remember but I'm sure someone**
[5]  **did.**
[6]  Q  Okay.  How was he positioned on the floor?
[7]  **A  He was laid back.  Laid back.**
[8]  Q  Laid back.  Describe that for me.  Was he laying on
[9]  his back?
[10] **A  Not all the way on his back.  Kind of up on his**
[11] **arms, on his side.**
[12] Q  Which side?
[13] **A  I don't -- I just remember him being kind of up on**
[14] **his elbows kind of.**
[15] Q  Which way was his head in relation to either the
[16] kitchen or the dining room?
[17] **A  I believe it was toward the dining room area.**
[18] Q  Okay.  Did you ever go over to Mr. Hooks on the
[19] floor and attempt to render any aid to him?
[20] **A  No, sir.  We called our medics in immediately.**
[21] **That's what they do.**
[22] Q  What's the next thing you did?
[23] **A  We pushed forward to the hallway and held down that**
[24] **hallway.**
[25] Q  Was there anything -- what was the purpose for

Page 50

[1]  holding down the hallway?
[2]  **A  Because we still had the whole rest of the house**
[3]  **that had to be cleared.**
[4]  Q  And what's the next thing that happened?
[5]  **A  Our medics -- as far as I know the medics came in**
[6]  **and got him out.**
[7]  Q  Okay.
[8]  **A  That would happen behind me, so.**
[9]  Q  All right.  And who else was with you as you pushed
[10] forward down the hall?
[11] **A  Sergeant Reese was right in front of me.**
[12] Q  Anyone else?
[13] **A  Sergeant Forte ended up, I think, coming in behind**
[14] **me.**
[15] Q  Okay.  And anyone else?
[16] **A  Not that I can remember in the hallway.**
[17] Q  Do you recall Officer Vertin being --
[18] **A  He was on the other side -- in the room on the**
[19] **other side of the wall.  There's a room over there.  He was**
[20] **on that side.**
[21] Q  Is that what you later understood to be the living
[22] room?
[23] **A  I'm not sure what it was.  It was just another**
[24] **room.**
[25] Q  Okay.  Did you -- did anybody make you aware that

Page 51

[1]  someone else was in the house?
[2]  **A  Yes.  Someone said that they seen (sic) somebody**
[3]  **run into the room, run into a room there.**
[4]  Q  Do you recall who said that?
[5]  **A  I don't remember.  I just remember somebody --**
[6]  **somebody yelling it out.**
[7]  Q  And what did you observe happening with regards to
[8]  the person that ran into the room?
[9]  **A  What do you mean?**
[10] Q  Well, did you observe any interaction between other
[11] officers in an attempt to get the person out of the room?
[12] **A  Yes.  They just started calling, "Sheriff's**
[13] **office." You know, "Come out of the room."**
[14] Q  Who was doing that?
[15] **A  I don't know who was doing it.  I know Corporal**
[16] **Vertin called and -- I mean, I can't tell you everybody.**
[17] Q  Were you present when Ms. Hooks came out of the
[18] room?
[19] **A  Yes.  I was in the hallway.  I didn't see her come**
[20] **out of the room because I couldn't see the room from there,**
[21] **from where I was.**
[22] Q  Who got her to come out of the room?
[23] **A  Corporal Vertin.**
[24] Q  Who was with -- was anybody with Corporal Vertin
[25] when she came out of the room?

Page 52

[1]  **A  Deputy Stewart was on his side and I think there**
[2]  **was one more person.  I don't remember who it was.**
[3]  Q  And when she came out of the room, what happened
[4]  with her?
[5]  **A  He just kept calling her to him.**
[6]  Q  Okay.  So she walks out of the door, I'm assuming,
[7]  with her hands up?
[8]  **A  I couldn't see her from where I was when she come**
[9]  **(sic) out of the room.  The room was on the other side of the**
[10] **wall.**
[11] Q  Okay.  You're standing in the hall, right?
[12] **A  I'm standing in the hall.  You had the stairway and**
[13] **then it went this way into that room.  I couldn't see what --**
[14] Q  Do you recall seeing her at all?
[15] **A  Once he started calling her to him, she started**
[16] **walking, and when she came out to in front of where the**
[17] **hallway is, yes.**
[18] Q  Did she have her hands up?
[19] **A  I don't remember.**
[20] Q  Did -- what did you observe happened to Ms. Hooks
[21] next?
[22] **A  He kept calling her to him and once she got into**
[23] **the room where they were at it was on the other side of the**
[24] **wall.**
[25] Q  So he called her into the dining room -- into the

TERESA POPE HOOKS, ET AL. vs.
CHRISTOPHER BREWER, ET AL.

RANDALL DELOACH
October 5, 2016

Page 53

[1] living room area?

[2] **A   Whatever that other room is.  Uh-huh (affirmative).**

[3] Q   Did you see him handcuff her?

[4] **A   I don't think I seen (sic) him handcuff her.**

[5] **There's a wall there.**

[6] Q   Did you lead her out?

[7] **A   No.  He -- not that I remember.**

[8] Q   Did you ever at any time lead her out?

[9] **A   No.**

[10] Q   Did you have any interaction with Ms. Hooks at all?

[11] **A   No.**

[12] Q   What did you do next?

[13] **A   Once she was out, we actually stayed there for a**

[14] **little bit and called a few times and then I think the**

[15] **decision was made that we were going to clear the rest of the**

[16] **house.**

[17] Q   Okay.  And who participated in clearing the rest of

[18] the house?

[19] **A   Myself, Sergeant Reese, and Sergeant Forte went**

[20] **upstairs to clear the upstairs. I don't know if there was**

[21] **anybody else behind Sergeant Forte or not.**

[22] Q   Okay.  I'm assuming the house was cleared and what

[23] happened next?

[24] **A   The house was cleared.  We went outside and were**

[25] **separated and nothing happened until we talked to the GBI.**

Page 54

[1] Q   Now, prior to Ms. Hooks being taken out, do you

[2] recall hearing her say that no one else was in the house?

[3] **A   I didn't speak to her.**

[4] Q   In the statement you gave to Agent Jerry Jones, do

[5] you recall telling him that you heard Teresa Hooks say no one

[6] else was in the house?

[7] **A   I don't remember.**

[8] Q   Okay.  Would you dispute that statement if that's

[9] in a recorded statement?

[10] **A   I don't remember exactly.  Couldn't tell you.**

[11] Q   Okay.  When you came out of the house after the

[12] house was cleared did you see Ms. Hooks?

[13] **A   Yes.**

[14] Q   And where was she at?

[15] **A   Sitting outside of the house in a chair.**

[16] Q   By the pool?

[17] **A   Out by the back door.**

[18] Q   Did you have any interaction with her at that point

[19] in time?

[20] **A   No.**

[21] Q   Did you see that she was handcuffed?

[22] **A   I don't remember.  I'm sure she probably was but I**

[23] **don't remember.  I don't remember if she was for sure.**

[24] Q   Okay.  And do you know how long she sat there?

[25] **A   I don't know.  They -- we walked away from there**

Page 55

[1] **and were separated in a different place.  I don't know.**

[2] Q   Okay.  At some point in time did you guys all go

[3] back to the Sheriff's Department to be interviewed?

[4] **A   Yes.**

[5] Q   And do you recall how long or what time of, I

[6] guess, morning, at this point in time, that would have been?

[7] **A   Yes.  I don't remember.**

[8] Q   Do you recall how long you stayed at the site

[9] before you went back to the Sheriff's Department?

[10] **A   I don't remember how long exactly it was.  They**

[11] **sent a van back to take us all back.**

[12] Q   And everyone was supposed to be separated?  Is that

[13] correct?

[14] **A   Yeah.  We were separated.  When the van got there,**

[15] **we all got on the van and went to the Sheriff's office.**

[16] Q   Were you able to communicate by radio with the

[17] other members of the entry team after you had been separated?

[18] **A   At that point we didn't have our stuff on, our mics**

[19] **and all that on.**

[20] Q   Who all road in the van back to the station?

[21] **A   Just most of our SRT team.  I don't know exactly**

[22] **who all was in there, but our team.**

[23] Q   All of the entry team?

[24] **A   I'm sure.  I don't remember exactly if everybody**

[25] **was, but.**

Page 56

[1] Q   So do you specifically recall whether Meeks,

[2] Stewart, Forte, Reese, and Vertin were in the van?

[3] **A   I can't tell you specifically.  They -- I mean,**

[4] **everybody that could fit in the van got on the van and went**

[5] **back. I don't know.**

[6]         MR. SHOOK: All right.  Let's take just a break and

[7] I think we're probably pretty close, if not done.

[8] (BREAK)

[9]         DIRECT EXAMINATION

[10]         BY MR. BUCKLEY:

[11] Q   Deputy Deloach, you were asked questions earlier

[12] about being called out to the Hooks' property about some

[13] theft of money from his truck.  Do you remember that?

[14] **A   Yes.**

[15] Q   And that was some time prior to this search?

[16] **A   Yes.**

[17] Q   I know you said you didn't recall the date.  Was

[18] that after you became a road deputy?

[19] **A   Yes.**

[20] Q   And that was sometime around 2012?

[21] **A   Yeah, or 2013 or somewhere.**

[22] Q   And this search was in September of '14?

[23] **A   Yeah.**

[24] Q   What, if any, part does the person inside the house

[25] play in terms of how many times y'all will knock and announce

Case 3:16-cv-00023-BKE   Document 83-3   Filed 05/25/17   Page 16 of 22

TERESA POPE HOOKS, ET AL. vs.
CHRISTOPHER BREWER, ET AL.

RANDALL DELOACH
October 5, 2016

Page 57

[1] before making a decision about breaching?

[2] **A   They play all the part.  It depends -- it all**

[3] **depends on if we can see the person, if we see some -- if we**

[4] **see the person and they're coming toward us, then we're going**

[5] **to continue to knock and announce.**

[6] Q   Once the decision to breach was made and the breach

[7] was happening, what, if anything, did the deputies continue

[8] to say in terms of announcing?

[9] **A   When we -- when we go in on search warrants, we**

[10] **announce, "Sheriff's office, search warrant."  That's one**

[11] **thing we do in our training.  Every deputy that comes through**

[12] **is supposed to announce, "Sheriff's office, search warrant."**

[13] **When you run into a situation inside though, there could have**

[14] **been other commands given.  I don't remember.**

[15] Q   So in this instance in terms of hearing exactly

[16] what the folks in front of you said, do you recall?

[17] **A   No.**

[18] Q   Take a look at Exhibit 30 you were given there and

[19] I know you were drawing on top of counsel's drawing.  In

[20] terms of the placement of things or how big they are, does

[21] that picture -- is that your representation of the conditions

[22] at the time, in terms of, like, the size of that island,

[23] where the hall is relative to the back door?

[24] **A   No. I'm sure things were different.  I'm sure**

[25] **things, as far as size, were somewhat different.**

Page 58

[1] Q   Let me ask you to assume that Ms. Hooks has

[2] testified that the hallway, you could see up the hallway from

[3] the back door.  Is it possible that that's true?

[4] **A   Yes.**

[5] Q   And insofar as the two "Xs" and the line of

[6] officers, let me ask you this, once the four people in front

[7] of you went into the kitchen, on a scale of easy access to

[8] cramped, how was it for you going in?

[9] **A   Everything slowed down.  It's meant to be fast and**

[10] **dynamic, but once you encounter a threat and gunshots start**

[11] **going off, everything slows down.  You don't -- the stack is**

[12] **not continuing to run through the door at that point.**

[13] Q   So for example, if those four were in the act of

[14] breaching and Mr. Hooks appeared from a side room with a

[15] firearm, would that --

[16] **A   That would slow things down at that point.**

[17] **MR. BUCKLEY:** That's all the questions I have.

[18] (DEPOSITION CONCLUDED 11:35 P.M.)

[19]

[20]

[21]

[22]

[23]

[24]

[25]

Page 59

D I S C L O S U R E

STATE OF GEORGIA,

COUNTY OF BIBB:

Deposition of:  RANDALL DELOACH

Pursuant to Article 8.B. of the Rules and Regulations of the
Board of Court Reporting of the Judicial Council of Georgia,
I make the following disclosure:

     I am a Georgia Certified Court Reporter.  I am here as a
representative of Hawthorne & Webb Court Reporting.

     Hawthorne & Webb Court Reporting was contacted by the
offices of Mr. Mitchell Shook to provide court reporting
services for this deposition.  Hawthorne & Webb Court
Reporting will not be taking this deposition under any
contract that is prohibited by O.C.G.A. 15-14-37 (a) and (b).

     Hawthorne & Webb Court Reporting has no contract to
provide reporting services with any party to the case, any
counsel in the case, or any reporter or reporting agency from
whom a referral might have been made to cover this
deposition.  Hawthorne & Webb Court Reporting will charge its
usual and customary rates to all parties in the case, and a
financial discount will not be given to any party to this
litigation.

     Dated:  OCTOBER 5, 2016

     _____, CCR B-959
     Certified Court Reporter

Page 60

CERTIFICATE OF REPORTER

GEORGIA, BIBB COUNTY:

     I, Laura M. Jackson, CCR, B-959, CERTIFY that acting in
such capacity on October 5, 2016, I reported the testimony of
RANDALL DELOACH, and on the foregoing pages, numbered 3
through 58, both inclusive, have transcribed a true, accurate
and complete transcript of the same.

     I FURTHER CERTIFY that I am not counsel for nor related
to any of the parties; nor am I interested in the event or
the outcome thereof.

     WITNESS my hand and official seal this 16th day of
October, 2016.

     _____
     Certificate Number B-959

TERESA POPE HOOKS, ET AL. vs.
CHRISTOPHER BREWER, ET AL.

RANDALL DELOACH
October 5, 2016

Page 61

CERTIFICATE OF WITNESS
IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

```
TERESA POPE HOOKS, ET AL.      :
        PLAINTIFFS,            :    CASE NO.
                              :    3:16CV00023-DHB-BKE
     VS.                       :
                              :
CHRISTOPHER BREWER, ET AL.,    :
        DEFENDANTS.            :
```

DEPOSITION OF: Randall Deloach         October 5, 2016
     (  )I wish to make the following correction(s):
PAGE/ LINE/      CORRECTION           /     REASON
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
     (  )I have read the foregoing pages of my testimony and
wish to make no corrections.

                        _____
                             Randall Deloach
Sworn to and subscribed before me
This ____ day of _____, 20__.
_____
Notary Public

Case 3:16-cv-00023-BKE   Document 83-3   Filed 05/25/17   Page 18 of 22

TERESA POPE HOOKS, ET AL. vs.
CHRISTOPHER BREWER, ET AL.

RANDALL DELOACH
October 5, 2016

**'**

**'14** 56:22

**"**

**"Come** 51:13
**"He** 37:13
**"I** 37:10,13,17,23;39:2
**"plenty** 24:6
**"Sheriff's** 35:25;36:9;51:12;
57:10,12
**"Wait** 40:1
**"We** 21:10;24:8
**"X"** 45:17
**"Xs"** 44:8;58:5

**1**

**100** 25:6
**11:00** 27:9,13,19
**11:35** 58:18
**15** 30:19

**2**

**2000** 13:8
**2008** 4:11
**2010** 5:17;6:3
**2012** 6:12,15,16;7:11;56:20
**2013** 56:21
**23** 42:5
**24/7** 12:18

**3**

**30** 46:2,4;57:18

**9**

**911** 7:23;13:22,23

**A**

**able** 55:16
**above** 25:11;34:18
**absence** 14:12,20
**academy** 6:13
**access** 58:7
**accomplishing** 22:13;23:20
**accurate** 44:13
**across** 5:8;43:23
**act** 58:13
**action** 33:14
**actual** 22:25
**actually** 14:1,7,10;21:10,15;37:21;
42:7;44:25;53:13;15:2
**affidavit** 18:25
**affirmative** 3:17,21;9:9;11:15;13:7,
10,15;14:21;20:19;21:19;24:10;
29:24;53:2
**affirmatively** 11:6;24:22

**afterwards** 11:9;38:4
**again** 36:12;38:25
**agency** 18:10
**Agent** 54:4
**ahead** 47:5
**aid** 49:19
**alert** 22:3
**Almost** 38:5
**along** 19:3
**alternative** 22:12;23:20
**always** 5:20;23:13;30:13
**ambulances** 32:4
**amount** 11:18
**amplification** 36:3
**amplify** 36:4
**announce** 24:15,17;29:11;30:11;
39:17;56:25;57:5,10,12
**announced** 37:9,18
**announcing** 37:2;38:12;39:2;57:8
**anyone's** 42:9
**appeared** 58:14
**appreciable** 48:6
**approaching** 32:18
**area** 45:14,20;49:17;53:1
**areas** 7:25;9:20
**arms** 49:11
**around** 7:15,16;12:3;56:20
**arrest** 19:5,8;22:9
**arrested** 22:7;31:6
**arresting** 19:12
**arrived** 16:15
**artist** 43:25
**assembled** 30:16
**assigned** 8:9;30:6
**assistant** 5:11
**associated** 31:20
**assume** 58:1
**assuming** 16:24;30:15;34:10;
35:11;52:6;53:22
**attached** 19:1
**attempt** 49:19;51:11
**authority** 23:7;27:16
**automatically** 47:20
**available** 10:3
**average** 25:11
**aware** 9:23,25;20:12;26:11;31:15;
33:5;50:25
**away** 47:22;54:25

**B**

**baby** 14:1
**back** 6:5;14:3,10,25;16:16;19:3;
20:9;25:21,24;26:16;30:25;33:23;
35:8,9,12,15;42:10;43:12;48:2;49:7,
7,8,9,10;54:17;55:3,9,11,11,20;
56:5;57:23;58:3
**background** 4:6
**ballpark** 10:12
**bangs** 28:23
**barricaded** 15:24;16:7,9,16
**based** 22:24;24:20;28:17
**basic** 6:19

**basically** 7:22;4:1;32:6;48:11
**battery** 15:3
**became** 6:10;7:10;56:18
**bed** 40:7
**bedroom** 44:5
**began** 35:6
**behind** 16:10;25:23;29:9;45:7;
48:10;50:8,13;53:21
**besides** 8:3;46:14
**big** 57:20
**bit** 4:5;6:24;53:14
**black** 29:21
**blast** 42:9
**blue** 32:18,21,25;33:2,4,11
**both** 39:15
**BP** 5:8
**breach** 30:14;38:2;39:13,18;40:15,
17;57:6,6
**breacher** 30:7,9,12
**breaching** 57:1;58:14
**break** 17:21;56:6;30:24;56:8
**Brewer** 17:15;18:4;23:19;26:20
**briefing** 10:18,20,25;11:18;17:20,
22,23,24;18:3,5,18,19,21;20:25;
21:15;22:22;23:4,23,25;24:2,20;
25:10,17;26:6,11,14,16,17,19,21,
23;27:1,7;28:2;30:18;31:20
**briefings** 11:20,21;18:2,23
**broken** 21:23
**brought** 27:24
**BUCKLEY** 11:1,4;22:17;23:9;
30:21;37:22;41:14,24;44:20;56:10;
58:17
**buildings** 7:25
**bullet** 34:11
**bullhorn** 36:4

**C**

**call** 12:18,18;15:1,3,6;17:21;19:25;
20:2;22:22;25:21;26:13;29:2,21;
33:13;34:8;38:20
**called** 12:14;14:14;20:5;34:2;
49:20;51:16;52:25;53:14;56:12
**calling** 51:12;52:5,15,22
**calls** 7:23,23,24;23:10
**came** 40:18;42:10;44:12;46:22;
50:5;51:17,25;52:3,16;54:11
**can** 8:24,24;12:4;16:17;24:12;
30:22;31:5;32:15;33:6;48:15;50:16;
57:3;10:23
**car** 15:2,5,9,12;16:24
**care** 48:21
**career** 31:21
**Carla** 20:18,20
**carport** 25:22;35:10
**case** 3:9;26:3;33:15,18
**Casey** 29:13,15
**center** 5:12,12;6:22,14
**certificate** 4:14,16,22
**certification** 6:19
**certified** 6:6
**chair** 54:15

**chance** 30:13
**channel** 38:19,24;39:4
**channels** 38:21
**charge** 23:16
**checking** 7:25
**chemical** 28:23
**child** 28:13
**children** 28:15,18
**Chris** 17:15;18:4;23:19;26:20
**circumstances** 19:7
**clarify** 14:8
**class** 7:1;9:5;29:16
**classes** 7:2
**clear** 11:7;53:15,20
**cleared** 50:3;53:22,24;54:12
**clearing** 53:17
**close** 39:12;56:7
**closest** 42:16
**clothes** 24:25;40:9,9
**clue** 42:4
**college** 4:24,20
**color** 34:20
**colored** 29:22;34:4
**coming** 37:11,17;40:21;41:17;
50:13;57:4
**coming"** 37:24
**commander** 10:10;12:10;18:16;
22:20;23:16;27:5;28:1
**commands** 57:14
**common** 12:6
**communicate** 38:17;39:10;55:16
**communications** 38:22;39:1
**complicated** 10:22
**CONCLUDED** 58:18
**conditions** 57:21
**consider** 37:20
**consists** 29:20
**continue** 45:24;57:5,7
**continuing** 58:12
**conversation** 25:4;46:7,9
**conversations** 23:19
**converted** 32:5
**copy** 11:25
**Corporal** 9:15;18:2;23:12;29:8;
32:24;39:14;51:15,23,24
**couldn't** 17:8;18:20;7:26:22;
32:11;43:22;46:13,17;51:20;52:8,13
**counsel's** 57:19
**county** 7:25;4:3;5:15,22,25;7:22;
10:2;13:4
**couple** 21:24
**court** 3:14;45:24;46:2
**courthouse** 7:13
**cramped** 58:8
**crime** 8:11
**Criminal** 4:17
**CROSS** 3:4
**currently** 3:23

**D**

**dark** 17:12;29:20,22,23;34:4,7;
46:15,16

**TERESA POPE HOOKS, ET AL. vs.**
**CHRISTOPHER BREWER, ET AL.**

**RANDALL DELOACH**
**October 5, 2016**

**date** 56:17
**daughter** 20:17
**David** 19:23;20:12;24:21;31:3,13, 16;42:22;43:7;48:23
**day** 12:23;13:25;14:1,2,4,6,9,9,9, 13;19:16
**days** 9:12;21:24
**dead** 15:3
**deal** 3:20
**dealings** 19:18,20;20:12
**decide** 5:18
**decision** 14:24;22:25;26:1;27:2,4; 53:15;57:1,6
**decisions** 10:11
**degree** 4:15
**delivering** 5:5
**Deloach** 3:7,8,22;30:25;56:11;3:1
**Department** 5:16,22,25;7:11;8:3, 10;10:2;13:4;15:13;16:25;17:2,7; 36:10;55:3,9
**depending** 10:22
**depends** 10:21;12:8,23;57:2,3
**deposition** 3:11;58:18
**deputies** 9:20;16:15;57:7
**deputy** 7:12,17,19,21;8:19;13:5; 56:18;57:11;35:6,13,16;37:8,25; 38:11,23;39:1,6,17;52:1;56:11
**describe** 7:20;38:11;16:5;49:8
**design** 41:4
**designed** 48:7
**device** 36:3
**devices** 28:23
**didn't** 15:18,20;19:17,19,24,25; 25:5;28:24;34:25,25;35:1;40:3; 42:19;51:19;54:3;55:18;56:17
**different** 7:24;21:4;33:13,14;55:1; 57:24,25
**dining** 44:4;49:16,17;52:25
**direct** 46:20;56:9
**discuss** 15:7;24:7
**discussed** 10:8;25:11;28:9
**discussion** 21:22;22:1,12;25:17; 28:6;32:17
**discussions** 27:21
**dispute** 54:8
**distance** 48:9
**District** 3:10
**divisions** 8:2
**doesn't** 19:22
**don't** 7:15;8:16,21;9:1,21;10:6; 11:10,11,19;12:16;15:8;16:13;17:4; 18:1,6;20:7;21:10,10;22:23;24:1; 25:6,12,16;26:7,7,13,14,24,24; 27:11,14;31:17,17;32:10,23,25; 33:2,6,8,18,20,24,25;34:9;36:22; 37:5;38:14;39:24;42:6,15;43:22,24; 44:9,12,14;46:9,16;47:19;48:13; 49:1,13;51:5,15;52:2,19;53:4,20; 54:7,10,22,23,23,25;55:1,10,21,24; 56:5;57:14;58:11
**done** 7:2,12;10:18;12:13;13:1; 22:20;23:1;28:18;31:8;56:7
**door** 21:7,9,12,12;25:8,18,21,24,

24;32:13;35:6,7,8,9,12;37:21;38:10; 40:13,18,21;41:13,19,22;42:1; 43:11,21;44:7;46:5;47:5;48:1;52:6; 54:17;57:23;58:3,12
**door"** 24:9
**doors** 32:11;33:25
**doorway** 41:8;44:25
**double** 19:3
**down** 3:15,18;12:11;29:23;34:15; 40:11;49:23;50:1,10;58:9,11,16
**downstairs** 21:9;24:19;25:3
**downtown** 5:5
**draw** 44:14,14,15
**drawing** 44:3,13;57:19,19;46:4
**dressed** 34:1
**driveway** 35:3
**drug** 8:6,11;9:20;12:24;22:20
**drugs** 31:16,21
**Dublin** 3:24,25;15:4
**ducked** 37:13,17;38:1;39:3
**duly** 3:3
**dumb** 23:6
**during** 7:9;13:11;20:25;23:22,25; 25:10,17;26:17,21;27:6;31:19
**duties** 7:20
**dynamic** 58:10

**E**

**earlier** 9:8;21:24;56:11
**ears** 34:15,18
**East** 3:24,25;4:7,12;5:8;15:4;20:21
**easy** 58:7
**education** 4:13,25
**educational** 4:5
**effectively** 13:8
**either** 12:19;29:4,6;38:20;44:13; 49:15
**elbows** 49:14
**elected** 14:16
**else** 9:10;38:23;48:25;50:9,12,15; 51:1;53:21;54:2,6
**emergency** 7:23
**employment** 5:2
**encounter** 21:11;58:10
**end** 45:17
**ended** 50:13
**enforcement** 5:19;31:3,12,16,21
**enough** 39:12
**enter** 36:22
**entered** 40:17
**entry** 18:17;28:1;32:10;33:7;35:14, 15;36:20;41:1,2;46:8,25;47:1,4,23; 55:17,23
**even** 8:15;19:15
**everybody** 12:3;18:14,15;27:7; 35:12;45:5,9;51:16;55:24;56:4; 13:18;17:4
**Everybody's** 42:10
**everyone** 14:15;30:15;34:10,13; 38:16,23;55:12
**exact** 11:20;26:8;29:18
**exactly** 7:15;8:15,21;10:6,15;11:10,

12;13:1;15:11;16:13;17:8;18:1,12, 20;21:1;24:12;25:12,25;27:25; 30:19;33:1,3;54:10;55:10,21,24; 57:15
**EXAMINATION** 3:4;56:9
**example** 58:13
**Except** 41:16
**execute** 10:17;12:1,14;22:25;31:19
**executed** 9:24;20:25;27:9;28:15; 34:23
**executing** 15:21;30:4;33:9
**execution** 11:17;15:18;16:18;21:3
**executions** 10:13;11:8
**Exhibit** 44:2;57:18;46:4
**exited** 35:5
**experience** 31:16
**eyewear** 34:24,25;35:1

**F**

**fact** 21:22;22:1;27:8,12,21;37:16
**fair** 11:13;16:18;31:12,19
**Fall** 4:19
**familiar** 19:22
**family** 20:16;22:2
**far** 19:3;23:13;27:4;31:5,11;50:5; 57:25
**fast** 41:9;58:9
**feet** 47:22
**few** 4:1;5:23,23;7:1,3;41:16,18; 53:14
**filed** 3:9
**Find** 40:9
**firearm** 42:9,11;58:15
**firearms** 27:22;28:3,4,5
**fired** 41:12,23;42:3,7,11,14,17,23, 25;43:5,8
**firing** 42:19
**first** 3:2;5:3,4,25;13:20;14:2;20:13; 31:20,22;37:23,23;39:17;43:11,12
**fit** 56:4
**five** 10:15,23;29:8;30:22;40:24;48:9
**flash** 28:23
**flight** 40:11
**floor** 49:6,19
**focused** 33:8
**folks** 57:16
**force** 8:6
**forget** 3:19
**forgot** 13:17
**form** 22:17;23:9;37:22;41:14,24
**Forsyth** 6:14,18,22;9:3,8,11
**Forte** 39:7;41:22;44:9;50:13;53:19, 21;56:2
**forward** 46:23,24;48:16,20;49:23; 50:10
**four** 29:8;41:12;42:16;43:14,23; 44:8,10,11;47:22;58:6,13
**Frazier** 19:21
**front** 25:24;32:15;35:6,7;43:24; 48:1;50:11;52:16;57:16;58:6
**fuel** 5:12,12
**furniture** 5:5

**G**

**gap** 48:6
**Garrett** 19:5,13,15
**gave** 39:13,15;40:3,5;54:4
**GBI** 18:11;53:25
**gear** 34:2,3;48:11
**geared** 30:20
**general** 45:20
**Georgia** 3:10,24;4:21,23;6:14,20
**gets** 32:11
**given** 3:11;11:21;38:2;57:14,18
**giving** 12:4
**glasses** 30:3
**goal** 24:21
**goes** 14:15
**good** 44:3
**graduate** 4:8
**graduating** 4:13
**green** 34:6,7,8
**group** 32:18
**grown** 48:9
**guess** 22:24;25:21;29:1,2,22;34:1; 36:14;55:6
**gun** 47:2,6;48:14
**gunshots** 40:18,19;58:10
**guy** 16:14;19:20;40:1
**guys** 9:6,20;23:7;38:10;39:10;40:1; 43:12;47:25;48:6,21;55:2

**H**

**hall** 44:1;50:10;52:11,12;57:23
**hallway** 46:24;48:19,21;49:23,24; 50:1,16;51:19;52:17;58:2,2
**hand** 49:3
**handcuff** 53:3,4
**handcuffed** 54:21
**handle** 15:24;18:3;17:28:1
**hands** 49:3;52:7,18
**happen** 50:8
**happened** 11:14;35:4;37:6,8; 40:15;50:4;52:3,20;53:23,25
**happening** 15:14;51:7;57:7
**hard** 3:18,20
**Harrell** 17:18
**hat** 29:25;30:2,3
**he's** 21:8,11;38:4;39:1
**head** 11:6;24:22;49:15
**headlights** 33:11
**heads** 3:17
**headset** 39:8,11;47:8
**headsets** 47:14,14
**hear** 42:13,19;43:7;47:1,6,10;48:25
**heard** 24:20;31:20,23;33:23;37:10; 40:18;41:18,25;54:5
**hearing** 48:13;54:2;57:15
**Heart** 4:21,23
**heightened** 22:2
**held** 17:20,22,23;49:23
**helmet** 34:13,15,20
**high** 9:18,21;4:7,12;16:10

TERESA POPE HOOKS, ET AL. vs.
CHRISTOPHER BREWER, ET AL.

RANDALL DELOACH
October 5, 2016

**highest** 16:19
**Highschool** 5:9
**him"** 37:10,13
**himself** 16:16;31:15
**history** 5:3;10:23
**holding** 50:1
**home** 13:21;25:11,15;28:7,10;31:4;
48:17
**Hooks** 3:9;19:23;20:15;22:2,7,10;
24:21;27:22;28:3;30:16;31:3,13,16;
42:22;43:7;48:23;49:18;51:17;
52:20;53:10;54:1,5,12;58:1,14
**Hooks'** 13:21;32:1;35:3;44:3;
48:17;56:12
**hostile** 15:25
**house** 25:13;28:5,24;32:19;36:22;
41:6;46:15;50:2;51:1;53:16,18,22,
24;54:2,6,11,12,15;56:24
**houses** 7:25

## I

**I'd** 14:2
**I'll** 44:2
**I'm** 3:10,13,19,20;6:16,25;9:25;
13:1,5,17,17;14:7,8,23;16:23;25:25;
29:1;30:15;31:8;32:20;33:7;34:10;
35:2,8,8,11;36:1;38:4,25;39:7,8,22;
41:1;42:24;43:25;45:11;49:4;50:23;
52:6,12;53:22;54:22;55:24;57:24,24
**I've** 4:1;5:20;6:25;7:2;12:13;
19:24;31:22;47:14
**idea** 10:12;15:14;42:3
**immediately** 38:5,6;42:13;46:13;
49:20
**incident** 11:3
**include** 7:7
**includes** 34:4
**including** 13:18
**indicate** 22:15
**indicating** 34:17;45:6
**individuals** 19:12;43:20;46:12
**information** 11:22;12:2,4;16:14,17
**inside** 16:16,16;42:2;56:24;57:13
**insofar** 58:5
**instance** 20:11;23:4;57:15
**instances** 9:23;16:2,9
**instructors** 7:8;9:12
**interaction** 51:10;53:10;54:18
**interested** 8:25
**interviewed** 55:3
**into** 21:23;26:14;32:10,11;35:3,5,
11;37:11,13,17;38:1;40:18;41:9;
51:3,3,8;52:13,22,25,25;57:13;58:7
**investigate** 31:4
**investigation** 31:9,13
**investigator** 31:10
**involved** 5:18;13:21;19:12;31:13
**involvement** 19:4;31:2,11
**island** 43:18;44:6;45:3;57:22
**Isn't** 44:19
**issue** 31:15
**issued** 19:9

**issues** 21:11
**it's** 23:1,12;27:2,25;31:22;35:25;
36:2,21;38:3;48:7,9;5:20;20:10,10;
31:22;34:6,8;41:4;58:9

## J

**Jackson** 30:10
**jail** 6:2;7:13
**jailer** 6:2,6,10
**Jeff** 19:20
**Jerry** 54:4
**job** 5:3,4,25;7:11,18;13:6
**join** 8:14,22,24
**joined** 8:22
**Jones** 54:4
**jump** 15:4,9
**jumped** 15:13
**Justice** 4:17

## K

**keep** 11:19;26:7
**kept** 52:5,22
**khaki** 29:23
**kind** 4:14;8:11;9:2;15:25;18:15;
18:23;29:25;40:20;43:13;44:18,22;
45:6,20;49:13,14,10
**kitchen** 43:15,18;44:3,5;46:6,12;
49:16;58:7
**knew** 15:16;19:24;28:14
**knock** 21:7;24:15,16;29:11;30:11;
35:16;39:17;56:25;57:5
**knocked** 35:13,22;37:8,18
**knocking** 35:6;37:2;38:12;39:2
**knocks** 36:9
**knowledge** 12:24
**known** 21:8;28:4,5
**Kroger** 5:11

## L

**laid** 49:7,7,8
**last** 7:3;14:9,9;26:6;40:19;41:16,18
**lasts** 26:9
**later** 50:21
**Laurens** 4:3,7,12;5:9,15,21,25;
7:22;10:2;13:4;16:10;20:21
**law** 5:18;31:2,11,16,21
**laying** 49:8
**lead** 53:6,8
**leader** 18:17;28:1
**leading** 11:9;31:18
**least** 10:15;24:16,17;35:17
**leave** 14:11,19;26:15
**left** 5:6;44:17,18
**less** 36:17
**let's** 13:19;46:1,3;56:6
**life** 4:1,2
**lights** 32:18,22,25;33:2,4,10,11,15
**likely** 21:11;28:12,19
**line** 33:22;45:8,9,11,18,18;48:10;
58:5;4:19

**little** 4:5;6:24;53:14
**lived** 3:25
**living** 44:4;50:21;53:1
**Lloyd** 29:13,15;35:6,13,16;37:8,25;
38:11,23;39:1,6,17
**long** 3:25;7:14;10:20;26:6,9;30:19;
35:19,21;36:21;37:25;38:3,4,7;
39:18,19,19;54:24;55:5,8,10
**longest** 10:25;11:17
**look** 12:4;13:23;57:18
**looking** 44:15
**lot** 9:6,19;13:1;21:4;32:8;43:13;
46:14,18

## M

**main** 37:12
**makes** 10:11;41:2
**making** 57:1
**manager** 5:11
**mandate** 6:19
**many** 10:13;11:8;18:7,12;35:15;
42:3;56:25
**mark** 44:2
**marked** 45:9;46:4
**master** 44:3
**matter** 31:7;37:4;38:8
**may** 22:18;23:10;28:10,18;30:13;
41:15
**maybe** 7:16;12:22;27:18;40:19,20
**mean** 11:20;12:16,20;13:2;15:20;
18:12;21:1;23:3;24:14,17;33:7;35:7,
21;36:19;37:1;38:6;39:21,22;42:6;
45:11;47:25;51:9,16;56:3
**means** 11:2
**meant** 11:5;24:7,11,13,15;58:9
**medics** 49:20;50:5,5
**Meeks** 29:4;41:22;44:8;56:1
**meetings** 26:10
**member** 8:25;20:15;47:16
**members** 12:15;22:25;26:11,15;
46:6,7,8;47:10,22;55:17
**men** 48:9
**mentioned** 9:7
**mics** 55:18
**might** 15:19;22:2;25:4;28:7
**military** 34:8
**mind** 23:5
**minute** 36:18;39:21;42:24
**minutes** 30:19;39:23
**Mitch** 3:8;30:21
**money** 20:3;56:13
**months** 7:16
**more** 10:22;11:13;16:21;21:11;
24:18,18;28:11;37:18;39:21,23;
47:22;52:2
**morning** 14:10,25;55:6
**most** 9:11;18:1;21:4;47:14;55:21;
18:23
**mostly** 9:18
**moved** 4:1
**muzzle** 42:9
**myself** 46:23;53:19

## N

**name** 3:6,8;19:22;31:20,23
**named** 19:20
**nature** 8:1,7;14:12;32:5;36:5
**navy** 29:20,21
**necessary** 30:12
**need** 23:7
**needed** 40:1
**negative** 3:17;35:2
**next** 5:7;14:10,25;19:16;30:21;35:4;
37:6;40:16;46:22;48:20;49:22;50:4;
52:21;53:12,23
**night** 17:8,10;27:10,13,19;31:18;
32:9;33:10;35:1
**Nobody** 8:24;27:12
**nodding** 3:17;24:22;11:6
**normal** 9:20;24:15,25;39:8
**normally** 28:22;29:25;30:3
**notified** 13:20
**number** 11:11,20;16:19;29:8,8;
40:23

## O

**Object** 22:17;23:9;37:22;41:14,24
**observe** 51:7,10;52:20
**obviously** 6:9
**occupation** 5:6
**o'clock** 27:9,13,19
**Oconee** 4:19,23
**off** 12:19;14:1,2,3,9,10,19;19:15:9,
13;16:10;22:2;40:18,19;58:11
**office** 5:14;7:9;35:25;55:15;57:10,
12
**office"** 51:13
**officer** 6:7,10;7:1,10;9:8;15:4;9:5;
21:18,20;30:25;50:17
**officers** 6:20;9:13;38:13,17;51:11;
58:6
**old** 32:4
**once** 22:21,25;36:22;52:22;58:6,
10;22:21;48:11;52:15;53:13;57:6
**one** 9:7;11:14;12:15;16:10,11;
18:14;20:11;24:21;29:4,5,6;31:22;
33:21;40:19;41:25;44:14;48:10;
52:2;54:2,5;57:10
**one's** 10:8
**ones** 12:13;16:6,6;18:2
**only** 12:20;16:6,13;31:1,22
**operate** 38:19
**operation** 12:12
**operational** 26:4
**operations** 12:7;16:19
**opinion** 23:13
**opposed** 3:16;25:24
**order** 38:2;39:13,15;47:17
**organized** 29:3
**originally** 4:3
**others** 10:22;12:16
**ought** 27:18
**ourselves** 24:17

TERESA POPE HOOKS, ET AL. vs.
CHRISTOPHER BREWER, ET AL.

RANDALL DELOACH
October 5, 2016

**out** 12:5,19;13:22,24;14:15;15:15;
20:3,5;22:16;23:17;26:16;30:16;
31:3,18;32:1,8,14,25;40:7;43:14;
50:6;51:6,11,13,17,20,22,25;52:3,6,
9,16;53:6,8,13;54:1,11;56:12;54:17
**outside** 18:10,10;26:11;47:7;53:24;
54:15
**over** 5:8,12;7:2;12:19;18:15;19:16;
22:20;24:8,8;31:9;34:15;38:23;39:3;
44:5,18,23,25;49:18;50:19
**overhearing** 23:18
**owned** 27:22
**owning** 28:3

**P**

**page** 13:22;14:15;15:1,6,10,11;
16:24
**paged** 13:24;15:15
**pair** 29:22
**pantry** 44:17
**pants** 29:23
**part** 18:11;30:22;56:24;57:2
**participate** 8:6;11:13;12:15;14:24
**participated** 8:3;10:13,24;11:8,16;
14:17;16:3;26:1;53:17
**particular** 21:2;24:5;26:3
**particularly** 16:12
**past** 12:12
**patrol** 7:21,22;8:13,14,18;9:20;
13:5;15:24;7:19
**patrolling** 7:24
**pause** 36:24;37:3
**peace** 6:6,10;7:10
**people** 5:23,23;9:2;12:16;18:7;
28:6,10;41:12;42:16;43:14;44:10,
11;58:6;9:2
**percent** 25:6
**perhaps** 37:20
**period** 13:12;35:19;31:24
**person** 18:14;28:12;29:11;36:1;
37:21;42:16;51:8,11;52:2;56:24;
57:3,4
**personally** 19:25
**phone** 13:22
**photograph** 25:15,16
**picture** 57:21
**place** 6:11;11:21;55:1
**placement** 57:20
**PLAINTIFF'S** 46:4
**plan** 12:7;22:22;24:6;26:4
**plans** 12:12
**play** 56:25;57:2
**please** 3:16,6
**plenty** 21:8,12;22:4;24:8,18;40:2,3,
5
**plus** 18:9
**PM** 58:18
**point** 6:5,6,7,9;10:16;11:1;15:12;
17:17;27:1,7,17;35:12;37:10;38:3;
43:16;46:25;47:4,21;54:18;55:2,6,
18;58:12,16
**police** 6:13,20

**policy** 10:1,6
**pool** 54:16
**position** 41:9
**positioned** 29:1;39:16;43:21;
45:13;49:6
**possibility** 28:12,13,14
**possible** 41:9;58:3
**post** 7:4
**preliminary** 31:8
**present** 23:22;28:15,19,19;51:17
**press** 47:17
**pretty** 6:16;33:7,7;56:7
**primarily** 39:10
**prior** 10:18;19:8;42:13,19,22;43:5,
7;54:1;56:15
**probably** 10:16;39:7;54:22;56:7
**problem** 23:11
**promotions** 13:11
**prompt** 3:19
**proof** 34:11
**property** 21:23;56:12
**property's** 8:11
**protocol** 33:9,12
**provided** 9:13;11:25
**Public** 6:14
**pull** 35:3
**purpose** 9:16;11:22;49:25
**pushed** 46:23,23;48:16,20;49:23;
50:9
**put** 12:3;24:25;40:9;44:7;45:17

**Q**

**quickly** 41:2
**quiet** 18:14
**quit** 6:9
**quite** 32:8

**R**

**radio** 38:12,14,16,19,24;39:4,6,7,9;
55:16
**ran** 16:16;51:8
**Randall** 3:7,1
**rank** 13:14
**read** 18:23
**ready** 27:8;48:1
**really** 5:20;8:24;9:1;11:11,19;12:8,
10;14:8;16:6;25:6;33:8,12;46:13;
47:24
**reason** 3:18;12:20,20;15:3;46:17
**reasoning** 25:23,25
**recall** 9:10;15:10;16:9,12;17:6,14,
17;18:4,19;20:2,24;21:3,17,22;22:6;
23:18;26:23;27:15,17;33:18,21;
36:24;43:15;46:11;48:13;49:2;
50:17;51:4;52:14;54:2,5;55:5,8;
56:1,17;57:16
**receive** 4:24;9:3
**received** 13:11
**Recline** 5:5
**reconsider** 27:18
**record** 3:6;7:3,4

**recorded** 54:9
**records** 13:23
**Reese** 29:7;39:14;41:22;44:9;
46:23;50:11;53:19;56:2
**reflect** 7:5
**regarding** 9:4;10:14;23:20
**regards** 11:22;24:5;31:13;51:7
**relation** 49:15
**relative** 57:23
**remember** 6:25;7:2,15;8:16,21;
15:8,8,8;16:11,13,14,17;17:4,9;
18:1,6;19:2,19;20:6,7;24:4,12;
25:16;26:18,22,24,25;27:14;28:11;
29:5,5;30:18;31:5,6;32:23,24;33:1,
1,2,6,6,20,24;38:14;42:15,21;43:22;
44:12,15,15,21,22;46:9,16,21;47:3,
7;48:15;49:1,4,13;50:16;51:5,5;
52:2,19;53:7;54:7,10,22,23,23;55:7,
10,24;56:13;57:14
**render** 49:19
**report** 20:5
**REPORTER** 45:24;46:2
**reporter's** 3:15
**represent** 3:8
**representation** 57:21
**represents** 45:20
**reside** 3:23
**residence** 25:14;30:14,16;32:2
**response** 3:16
**rest** 50:2;53:15,17
**rethink** 23:7
**right** 3:22;7:10;11:4;12:6;16:18;
20:24;25:4;30:15;34:5,18;37:6,12;
40:7,9,11,15,23;43:10,15,25;44:1;
45:9,9;48:16;50:9,11;52:11;56:6;
21:17;23:15,18;41:18;48:4
**risk** 9:19,21
**road** 55:20;56:18
**Robbie** 19:12
**rode** 32:3
**Rodney** 19:5,13,15
**room** 17:21;18:8;24:2;26:12,16,16;
37:11,12;38:1;43:13;44:4,4,19,22;
49:16,17;50:18,19,22,24;51:3,3,8,
11,18,20,20,22,25;52:3,9,9,13,23,
25;53:1,2;58:14
**room"** 37:14,18;51:13
**run** 51:3,3;57:13;58:12
**runs** 40:20
**rush** 22:16

**S**

**safe** 36:17;41:1
**safety** 34:23;6:14
**sake** 3:20
**same** 20:22;34:20;36:2;13:6,14
**sat** 54:24
**saw** 37:25;39:2;43:20;44:8,8,10
**saying** 21:17,20;27:15,18;32:24;
33:1;36:14;39:2,15;47:11
**say-so** 23:1
**scale** 58:7

**scene** 31:9
**scheduled** 14:6
**school** 4:24;6:12;20:21,22;4:7,12;
16:11
**search** 9:23;10:13,17,24;11:8,16,
17,23,25;12:14;13:21;15:19,21;
16:19,21;18:22,23;19:1,8;21:3,4;
22:13,16;23:17,17;27:9;28:15;30:4,
11;33:10,12;34:22;35:25;36:10;
56:15,22;57:9,10,12
**seconds** 37:4;38:8
**section** 47:16
**seeing** 33:6,24;46:11;52:14
**send** 12:2,3
**sent** 55:11
**separated** 53:25;55:1,12,14,17
**September** 56:22
**sequence** 32:9
**Sergeant** 9:15;17:23,24;23:12,19;
29:7,7;39:14;46:23;50:11,13;53:19,
19,21
**serve** 9:18,22;10:3
**served** 23:14;25:18;27:13
**session** 10:8
**set** 22:22;27:11
**setting** 18:13
**several** 21:6,6,7;22:5;37:18
**she's** 20:23
**Sheriff** 17:18;23:22,24;33:21,23
**Sheriff's** 5:14,16,22,25;7:9,11;
8:3,10;10:2;13:4;15:13;16:23,25;
17:2,6;55:3,9,15
**shift** 12:21,22;14:8
**shirt** 29:20,22
**Shook** 3:8,5;11:3,7;30:23,25;41:25;
44:21;46:1,3,5;56:6
**short** 12:22
**shot** 16:14;40:21;41:23
**shotgun** 48:20
**shots** 41:12,19;42:3,7,14,23,25;
43:5,8,10
**shouldn't** 23:6;48:8
**show** 18:22,25;25:15;49:2
**shut** 32:13;33:24
**shuts** 32:11
**sic** 7:12;13:1;22:21;23:24;31:8;
37:11;45:5,5,16;47:19,20;48:18,19,
19;51:2;52:9;53:4
**side** 29:23;44:25;48:21;49:11,12;
50:18,19,20;52:1,9,23;58:14
**significant** 36:24
**sit** 36:14
**site** 55:8
**sitting** 15:2;23:4;54:15
**situation** 10:22;11:9;13:19;15:23,
23,25;18:11;28:22;48:22;57:13
**six** 7:15;10:15
**size** 25:11;57:22,25
**sleep** 21:8;5:5
**sleeps** 25:7
**slow** 58:16
**slowed** 58:9
**slows** 58:11

TERESA POPE HOOKS, ET AL. vs.
CHRISTOPHER BREWER, ET AL.

RANDALL DELOACH
October 5, 2016

**small** 28:13
**somebody** 18:11;22:20;30:6; 32:25;49:2;51:2,5,6
**someone** 16:15;31:10;33:23;49:4; 51:1,2
**sometime** 56:20
**sometimes** 12:16;18:10;33:17,15
**somewhat** 57:25
**somewhere** 7:16;56:21
**sorry** 13:17,17;14:7,23;35:2,8,8; 38:25;42:24
**sort** 44:17
**sound** 19:22
**Southern** 3:9
**speak** 17:3;19:11;23:7;54:3
**speaking** 17:14;18:4;26:23;27:17
**special** 28:17
**specialized** 6:21
**specific** 8:9;27:14
**specifically** 49:4;56:1,3
**speculation** 23:10
**spoke** 17:4,24;18:1;26:24
**spread** 43:14
**SRT** 7:7;9:8:3,14,22,23;9:4,6,12, 17,24;10:2,3,7,14,17;12:6,14,24; 13:20;14:15;15:7,19,22;16:3,20; 29:1;32:1;34:3;38:18;55:21
**stack** 29:2,2;35:5,11;38:11;40:1,24; 47:25;58:11
**stairway** 52:12
**standard** 33:9,12
**standing** 44:10,11;52:11,12
**start** 5:15;15:4;40:18;58:10
**started** 8:17,17;15:13;16:24;30:16; 51:12;52:15,15
**starting** 14:10
**state** 3:6
**statement** 54:4,8,9
**station** 55:20
**stay** 18:14;26:18
**stayed** 33:13;55:8
**steps** 40:11
**Stewart** 29:4;41:22;44:8;52:1;56:2
**still** 13:5;47:7;50:2
**Stokes** 9:15;17:23,25;21:18;23:12, 19
**stolen** 20:3
**stopped** 7:17;13:9
**stopping** 43:10
**store** 5:8
**story** 25:13
**stripe** 29:23
**stuff** 55:18
**subject** 15:25
**subjects** 16:7
**supposed** 28:18;29:15;55:12; 57:12
**supposedly** 37:9;44:1,2
**sure** 6:16;13:1;14:8;25:25;31:1,8; 32:20;38:4;39:7,9,22;49:4;50:23; 54:22,23;55:24;57:24,24;30:23
**surprise** 42:5
**surrounding** 19:8

**survival** 7:1;9:5,8
**suspect** 16:9
**sworn** 3:3

## T

**table** 12:3
**TAC-1** 38:20
**TAC-2** 38:20
**tactical** 34:2
**talk** 13:19;16:15;18:14,15;39:12; 47:15,17
**talked** 20:13;25:12;53:25
**talking** 17:17;18:7;23:5;35:19;37:4; 38:15;39:18
**task** 8:6
**team** 8:25;9:1;10:7;12:15;13:2; 16:21;18:9,17;23:1;26:11,15;27:5; 28:1,14;32:11;33:7;35:14,15;36:20; 38:18;41:1;46:6,8,25;47:1,4,11,15, 23;55:17,21,22,23
**technical** 4:24,20
**technically** 14:11,19;15:23
**telling** 22:24;41:11;54:5
**ten** 30:19;47:22
**Teresa** 39:20;15;54:5
**terms** 56:25;57:8,15,20,22
**testified** 3:3;58:2
**that's** 3:9;4:14;7:4;9:5;21:16; 23:14;41:4;54:8;58:3;10:5;12:11; 13:16;15:16;16:16;17:9;20:13;22:4; 23:16;44:13;49:21;57:10;58:17
**theft** 21:24;31:4;56:13
**theirselves** 22:21
**there'll** 18:10
**there's** 18:9;25:3;30:13;37:3; 43:18;44:17;47:16;33:12;50:19;53:5
**They'd** 7:3
**They'll** 18:12
**they're** 12:4;34:1;57:4;7:22;33:13
**thinking** 36:21,21;39:20
**third** 29:7;36:15
**though** 47:8;57:13
**threat** 58:10
**three** 24:16,17;35:17,17;37:9
**till** 38:1;39:17
**time"** 21:13;24:6;40:2
**times** 4:1;21:6,7;22:5;23:22;24:16, 18;31:22;35:15,17,18;37:9,19; 53:14;56:25
**today** 3:10;29:18;36:14
**together** 40:20
**told** 25:13;28:11;30:19
**Toney** 19:12
**took** 9:8;23:17;36:17;41:12,21,21; 48:21
**top** 57:19
**total** 11:8
**toward** 15:13;44:25;48:18;49:17; 57:4
**traffic** 38:12,14
**train** 16:1
**training** 6:17,22,22;7:3,5,7,7,8,9;

9:3,11,12,14,19;10:8;28:17;57:11; 6:14
**transport** 7:12,17;13:9
**transports** 7:13
**travel** 32:1
**truck** 20:3;56:13
**true** 58:3
**try** 11:11;16:15
**trying** 3:15,19;6:25;37:21;47:5
**turned** 31:9
**two** 14:2;15:2;19:17;21:24;25:13; 29:5,6;32:3;39:23;40:19;41:25;58:5; 24:25
**Tyler** 30:10
**type** 4:13,24;6:17,21;34:23;36:3
**typically** 10:20;34:23

## U

**uh-Uh** 3:17;35:2
**under** 18:16;35:10
**underneath** 25:22
**understood** 50:21
**uniform** 29:16,17,18;34:4,20;39:8
**unit** 8:9,11,11;9:20;22:21
**unknown** 38:4
**unsure** 28:13
**up** 6:5,25;10:10,16;11:1,7,9;12:10; 15:5,24;23:7,16;24:19,21;26:13; 27:17,24;30:20;31:18;34:17;35:3; 48:10;49:10,13;50:13;52:7,18;58:2
**upstairs** 21:8;25:4,7;53:20,20
**use** 10:2,7;28:23;32:22;38:21
**used** 3:24;32:18;33:11,15,19; 34:24;47:15
**using** 36:7
**usually** 12:2,3;18:9,9;21:15;27:25; 35:25;38:20

## V

**van** 32:11,13,24;33:24;35:5;55:11, 14,15,20;56:2,4,4
**vans** 30:20;32:3,4
**vehicles** 32:8;33:21
**verbalize** 3:16
**Vertin** 9:15;18:2,16;21:20;23:12,20; 29:8;32:24;39:14;50:17;51:16,23, 24;56:2
**vest** 34:10,11
**voice** 36:4,7

## W

**Wait** 37:17;42:24
**wake** 24:19,21
**walk** 25:8;40:13;46:5
**walked** 44:7;54:25
**walking** 41:19;52:16
**walks** 52:6
**wall** 50:19;52:10,24;53:5
**warrant** 10:13,18;11:8,17,25;12:15; 15:19;18:22,24;19:1,8;20:25;21:3,4;

22:10;23:17,17;24:16;25:18;27:9; 28:15;30:4,11;31:19;33:10;34:22
**warrant's** 23:14
**warrant"** 36:1,10;57:10,12
**warrants** 9:19,21,23;10:3,24;11:16; 12:25;15:21;16:19,21;33:13;57:9
**wasn't** 23:24;24:2;26:1;43:13
**way** 23:6;25:1;36:2;39:10;43:23; 44:1,23;45:13;46:6;48:7;49:10,15; 52:13
**ways** 22:12;23:20
**we'll** 45:18
**we're** 3:13;7:24,24;9:18;10:21; 11:19;12:18;21:10;24:16;26:8; 27:18;39:12;56:7;57:4;9:18
**we've** 12:4;16:6
**weapon** 42:17,20
**weapons** 48:12
**wearing** 29:18
**wears** 34:10,13
**weeks** 14:2;15:2
**West** 16:10
**what's** 10:24;11:17;50:4;4:16;5:3; 18:13;28:9;33:9;43:11;46:22;49:22
**whatever"** 39:3
**who's** 33:2
**whole** 4:1,2;43:13,14;46:14,18; 50:2
**wife** 28:11
**windows** 32:14
**windshield** 32:15
**without** 9:24
**witness** 34:17;45:6;3:2;24:22;11:6; 22:19;23:11;37:23;41:16
**wore** 29:17
**work** 5:24;12:17;14:6,25
**worked** 5:4,8,21;6:2;14:4
**worn** 29:25;30:4
**worried** 36:20
**wouldn't** 12:21;28:22,23;36:19; 37:16;38:6;39:8
**written** 12:7,10,12;26:3

## Y

**y'all** 20:22;34:8;56:25
**year** 4:10;5:15;7:16;8:15
**years** 7:3;20:9
**yelling** 36:8;49:2;51:6
**Yep** 15:17;45:22
**you'd** 12:11;13:23
**you'll** 12:20
**you're** 41:7
**you've** 7:5;10:13,24;11:13,16; 13:6;16:2,3,9;20:1;24:6;31:2,12; 45:9
**younger** 20:23