**Deposition of RODNEY GARRETT (condensed).pdf**
Modified today at 11:58 AM

Share  Open ▾

Comments

BS  Write a comment



Post a comment to start a discussion.
@Mention someone to notify them.

```
                RODNEY JASON G[ARRETT]
                HOOKS vs BREWE[R]

 1                      IN THE UNITED
                        FOR THE SOUTHER[N]
 2                              DUBL[IN]
 3
           TERESA POPE HOOKS, Indiv[idually]
 4         and ESTATE OF DAVID HOOK[S,]
           TERESA POPE HOOKS,
 5         Administratrix,

 6                       Plaintiffs,

 7
                  vs.
 8

 9         CHRISTOPHER BREWER, ET [AL.]

10                       Defendants[.]

11         _____
12
13              Video Deposition
14         by counsel for the Pla[intiffs]
15         Individually, and Esta[te]
16         Notice and by agreement
17         Civil Practice Act, re[ported]
18         RPR, CCR-5675-1866-909[8]
19         Prison, 1978 Georgia H[ighway]
20         on Thursday, December
21
```