```
09/25/2014                 LAURENS COUNTY 911                          PAGE     1
10:19:35                    CAD Incident Detail                        USER CLYBR


CAD Incident: 2014-00055945              ESN   : 0144           SO  EF  E
Phone      :                   -         Law   : LAURENS CO     E R N  S
Name       :                             Fire  : EAST DUBLIN    EDF 7  6
Address    : BREWTON LOVETT RD&HIGHWAY 31 EMS   : LAURENS EMS    2 1 4 3
Community: EAST DUBLIN                   Rescue:
Jurisdctn:
Intersect: HIGHWAY 319 N                 Disp  :
SubDivisn:                               Source: O
..............................................................................
CAD Call Times: UNKNOWN MEDICAL
..............................................................................
Incoming Call: 09/24/2014 22:57:02
Call Created : 09/24/2014 22:57:02       Created By: CBRACEWEL   Pos:003
Call Send Time    :        22:57:02      Sent By   : CBRACEWEL   Action:
Call Dispatch Time:        22:57:24      Event : UNKMED    1     Language:
Call Enroute Time :        22:57:24      Law   :           1
Call Arrival Time :        22:57:24      Fire  :
Call Clear Time   :        00:00:00      EMS   :              1AL    S
Call Closed   :00/00/0000  00:00:00      Rescue:
..............................................................................
                              Narratives
..............................................................................
Narrative By: CBRACEWEL   09/24/2014 22:57
200 yrds from brewton lovett & 319
..............................................................................
                          Vehicle Information
..............................................................................

UNIT    DEPT STATUS/DSP/CASE   LOCATION/REMARK        USER  DATE    TIME
..............................................................................
SO10    L03  AS                                       CBRAC 09/24 22:57:24
SO1     L03  AS                                       CBRAC 09/24 22:57:36
SQUAD1  E01  DSP      0000006167                      TROGE 09/24 22:57:44
SQUAD1  E01  ENR                                      TROGE 09/24 22:57:48
SQUAD1  E01  LOG      99.2                            TROGE 09/24 22:58:34
SO1     L03  LOG      NEED CRIME SCENE TAP            CBRAC 09/24 23:00:43
SO10    L03  CLR                                      CBRAC 09/24 23:01:06
SO1     L03  LOG      ADVS AMBULANCE TO TURN BY       CBRAC 09/24 23:01:10
SO1     L03  LOG      HIS BLUE LIGHTS                 CBRAC 09/24 23:01:10
SQUAD1  E01  AS       105.7                           TROGE 09/24 23:03:11
SQUAD1  E01  LOG      PUT AE102 ON STAND BY           TROGE 09/24 23:03:29
SQUAD1  E01  LOG      AE 102                          TROGE 09/24 23:03:59
SO1     L03  LOG                                      CBRAC 09/24 23:04:34
EDF216  F02  ENR                                      TROGE 09/24 23:05:53
SQUAD1  E01  LOG      CLEAR                           TROGE 09/24 23:06:14
SQUAD1  E01  LOG      GO AHEAD AND GET AE102 LIFTED   TROGE 09/24 23:06:22
SO1     L03  LOG      AMBULANCE IS LEAVING            CBRAC 09/24 23:10:51
SO1     L03  LOG      CLOSE OFF THE AREA AFTER NO     CBRAC 09/24 23:10:51
SO1     L03  LOG      ONE ELSE IN                     CBRAC 09/24 23:10:51
SO1     L03  OK                                       CBRAC 09/24 23:14:26
SQUAD1  E01  LOG      AIR EVAC CANNOT LIFT DUE TO     TROGE 09/24 23:14:29
```

PLAINTIFF'S EXHIBIT 1

12-0059-34-15

HOOKS - 949

```
SQUAD1  E01 LOG       WEATHER                        TROGE 09/24 23:14:29
SO3     L03 LOG       EASTMAN GBI NOTIFIED           CBRAC 09/24 23:15:13
SO1     L03 OK                                       CBRAC 09/24 23:17:38
SO1     L03 OK                                       CBRAC 09/24 23:20:39
SQUAD1  E01 AH        115.0                          TROGE 09/24 23:22:30
SO1     L03 OK                                       CBRAC 09/24 23:25:16
SO1     L03 OK                                       CBRAC 09/24 23:28:22
SO1     L03 OK                                       CBRAC 09/24 23:33:42
SO1     L03 OK                                       CBRAC 09/24 23:38:15
SO1     L03 OK                                       CBRAC 09/24 23:41:56
SO1     L03 OK                                       CBRAC 09/24 23:45:08
SO1     L03 OK                                       CBRAC 09/24 23:48:22
SQUAD1  E01 LOG       10-4 10-7 FOR A FEW            TROGE 09/24 23:50:42
SO1     L03 NNTC                                     CBRAC 09/24 23:54:22
SO1     L03 OK                                       CBRAC 09/25 00:04:56
SO1     L03 OK                                       CBRAC 09/25 00:15:03
SO80    L03 AS                                       CBRAC 09/25 00:49:46
SO302   L03 AS                                       CBRAC 09/25 00:49:51
SO27    L03 AS                                       CBRAC 09/25 00:49:53
SO11    L03 AS                                       CBRAC 09/25 00:49:54
SO1     L03 LOG       AT 22:57 SO ADVS TO GET EMS    CBRAC 09/25 01:09:05
SO1     L03 LOG       ENR TO HIS LOCATION            CBRAC 09/25 01:09:05
SO27    L03 CLR                                      CBRAC 09/25 05:53:07
EDF216  F02 CLR                                      JWYNN 09/25 08:06:26
SO302   L03 CLR                                      JWYNN 09/25 08:24:22
SO11    L03 CLR                                      CSTRI 09/25 08:38:44
SQUAD1  E01 CLR                                      JWYNN 09/25 09:28:51
```

12-0059-34-15

```
09/25/2014                    LAURENS COUNTY 911                      PAGE     1
10:19:41                       CAD Incident Detail                    USER CLYBR


CAD Incident: 2014-00055947            ESN  : 0135              SO  S7  E
Phone     :                            Law  : LAURENS CO        E R N S
Name      : BRANDON DEAN               Fire : RURAL FIRE        7 EDF 6
Address   : 1184 N HIGHWAY 319         EMS  : LAURENS EMS       2 1 4 3
Community : EAST DUBLIN                Rescue:
Jurisdctn :
Intersect : TOWER                      Disp :
SubDivisn :                            Source: N9C
..............................................................................
CAD Call Times: DISCHARGING FIREARMS
..............................................................................
Incoming Call: 09/24/2014 23:01:23
Call Created : 09/24/2014 23:01:23    Created By: DTAPLEY       Pos:001
Call Send Time    :        23:06:20   Sent By   : DTAPLEY       Action:
Call Dispatch Time:        23:02:30   Event : SHOTS    2        Language:
Call Enroute Time :        23:03:00   Law   :          2
Call Arrival Time :        23:03:00   Fire  :
Call Clear Time   :        00:00:00   EMS   :
Call Closed    :00/00/0000 00:00:00   Rescue:
..............................................................................
Original Dispatch Remarks:
   SOMEONE ENTERED THIS HOME SHOOTING
..............................................................................
                              Narratives
..............................................................................

Narrative By: DTAPLEY     09/24/2014 23:02
THE MOTHER OF BRANDON CALLED HIM AND TOLD HIM THAT SOMEONE ENTERED THE HOME
SHOOTING..PLEASE CALL 911 IMMEDIATELY

Narrative By: DTAPLEY     09/24/2014 23:02
478 595 2441 .. TERESA HOOKS

Narrative By: DTAPLEY     09/24/2014 23:03
THIS RESIDENCE GOT ROBBED MONDAY NIGHT AND IT IS SUPPOSED TO BE INVESTIGATED

Narrative By: DTAPLEY     09/24/2014 23:04
THIS BOY SAID HE IS GOING OVER THERE NOW CAUSE THEY AINT GOT MUCH TIME AND HE
ISNT WAITING ON A DEPUTY

Narrative By: DTAPLEY     09/24/2014 23:04
BUT NOW HE SEES A DEPUTY COMING ACROSS THE DAM

Narrative By: DTAPLEY     09/24/2014 23:05
THE SON IS WEARING A BLK SHIRT AND JEANS

Narrative By: DTAPLEY     09/24/2014 23:06
HE ADV THAT HE HAD TO GO CAUSE HE SAW THE AMBULANCE COMING IN
..............................................................................
                            Vehicle Information
..............................................................................
```

12-0059-34-14

```
09/25/2014                    'RENS COUNTY 911                    PAGE    2
10:19:41                     CAD Incident Detail                 USER CLYBR


UNIT    DEPT STATUS/DSP/CASE   LOCATION/REMARK            USER   DATE   TIME
.............................................................................
SO14    L03 DSP                                           CBRAC 09/24 23:02:30
SO14    L03 AS                                            CBRAC 09/24 23:03:00
SO28    L03 AS                 EDF LANDING ZONE HELI 13 ETA CBRAC 09/24 23:04:30
SO14    L03 LOG                                           CBRAC 09/24 23:07:04
SO28    L03 LOG                THE SON IS WALKING OUT TO THE CBRAC 09/24 23:07:07
SO28    L03 LOG                LOCATION NOW               CBRAC 09/24 23:07:07
SO28    L03 LOG                THE HELICOPTER CANT FLY    CBRAC 09/24 23:07:35
SO28    L03 LOG                WILL TRY TO GET AIR MED TO CBRAC 09/24 23:07:35
SO28    L03 LOG                MEET AT FPH                CBRAC 09/24 23:07:35
SO28    L03 LOG                TO FLY THE PT OUT          CBRAC 09/24 23:07:35
SO14    L03 OK                                            CBRAC 09/24 23:10:37
SO14    L03 OK                                            CBRAC 09/24 23:13:41
SO28    L03 OK                                            CBRAC 09/24 23:13:46
SO10    L03 AH                                            CBRAC 09/24 23:40:56
SO19    L03 AH                                            CBRAC 09/24 23:41:02
SO14    L03 OK                                            CBRAC 09/24 23:53:51
SO10    L03 CLR                                           CBRAC 09/25 01:14:45
SO19    L03 CLR                                           CBRAC 09/25 01:36:51
SO10    L03 BUSY                                          CBRAC 09/25 01:39:22
SO19    L03 BUSY                                          CBRAC 09/25 01:39:22
SO300   L03 BUSY                                          CBRAC 09/25 01:39:22
SO306   L03 BUSY                                          CBRAC 09/25 01:39:22
SO14    L03 CLR                                           CBRAC 09/25 02:25:23
SO29    L03 BUSY                                          CBRAC 09/25 02:25:47
SO28    L03 CLR                                           CBRAC 09/25 05:09:09
SO10    L03 CLR                                           CBRAC 09/25 05:09:35
SO19    L03 CLR                                           CBRAC 09/25 05:09:41
SO32    L03 ALEC                                          CBRAC 09/25 05:45:04
SO32    L03 CLR                                           CBRAC 09/25 05:45:08
SO29    L03 CLR                                           CBRAC 09/25 05:59:15
SO21    L03 AS                                            CBRAC 09/25 05:59:22
SO17    L03 AS                                            CSTRI 09/25 06:22:33
SO96    L03 ENR                                           CSTRI 09/25 07:20:26
SO306   L03 CLR                                           CSTRI 09/25 07:27:58
SO96    L03 AS                                            CSTRI 09/25 07:32:20
SO17    L03 CLR                                           CSTRI 09/25 07:56:30
SO23    L03 AS                                            VHALL 09/25 08:17:29
SO21    L03 CLR                                           CSTRI 09/25 08:23:02
SO96    L03 CLR                                           CSTRI 09/25 08:56:12
```

12-0059-34-14

HOOKS - 952

# GEORGIA BUREAU OF INVESTIGATION
## REGION 12
## INVESTIGATIVE CASE SUMMARY

**12-0059-34-15**

On Wednesday, September 24, 2014, at approximately 11:15 p.m., Special Agent JERRY JONES received a request for GBI assistance from Laurens County Sheriff's Captain STAN WRIGHT regarding an officer involved use of force incident. Captain WRIGHT contacted SA JONES via telephone. Captain WRIGHT informed SA JONES that members of the Laurens County Sheriff's Office assigned to the Special Response Team (SRT) had executed a search warrant at 1184 Highway 319 N., East Dublin, Laurens County, Georgia. During the course of executing the search warrants, members of the team engaged the homeowner, DAVID HOOKS. During this time deputies discharged their firearms resulting in HOOKS being injured. HOOKS had been transported to the Fairview Park Hospital in Dublin, Laurens County, Georgia for medical treatment. The scene had been secured and sheriff's office members involved in the incident were waiting to be interviewed. Captain WRIGHT made the request for GBI assistance on behalf of Sheriff BILL HARRELL.

SA JONES informed Captain WRIGHT that ASAC BODREY would be contacted regarding the request. No further information was provided at this time.

**CONTACT INFO:**
**WRIGHT, STAN (CAPTAIN)**
EMPLOYER:
LAURENS CO SHERIFF'S OFFICE
DUBLIN GA

SPECIAL AGENT ALLEN J JONES: 9/30/2014
agj: 10/2/2014

Page 1 of 1
480856

PROPERTY OF GBI
Further dissemination is prohibited without written approval of a GBI Supervisor

EXHIBIT 1



PLAINTIFF'S EXHIBIT 2

HOOKS - 716

# SEARCH WARRANT

IN THE **MAGISTRATE** COURT OF **LAURENS** COUNTY

STATE OF GEORGIA

Docket No. **2014-1803**

TO: ALL PEACE OFFICERS OF THE STATE OF GEORGIA

Affidavit having been made before me by **SA Lindsey Giddens** an Officer charged with the duty of enforcing the Criminal Laws, that he has reason to believe that in **LAURENS** County, Georgia on the following described person, premises, or property: (state detailed description of person, property, or location)

**The residence located at 1184 Highway 319 North, Dublin, Laurens County, Georgia. The residence is owned by David N. Hooks according to the Laurens County Tax Assessor's website.**
**The residence is further described as a two story dwelling with grey vinyl siding, black shutters and a front porch with white columns. There is also white lattice surrounding the front porch of the residence. To search is to include all other vehicles and outside buildings located on the entire curtilage.**

there is now located certain instruments, articles, person(s), or things, namely: (specify evidence, contraband, or person(s) to be searched for)

**Shell casings, projectiles, DNA, Trace Evidence, Hairs, Fibers, Firearms, ammunition, fingerprints, gunshot residue, blood, body fluids**

Which is (name the law being violated)

**Aggravated Assault on a Police Officer O.C.G.A. 16-5-21 (c)**

Based upon the affidavit given under oath or affirmation and all other evidence given to me under oath or affirmation, I am satisfied that there is probable cause to believe that a crime is being committed or has been committed and that the property described above is presently located on the person, premises, or property described above.

You are hereby commanded to enter, search and seize within ten (10) days of this date, the person, premises, or property described above. A copy of this Warrant is to be left with the person searched, or if no person is available, on the premises or vehicle searched, and a written return, including an inventory of any things seized, shall be made before me or a Court of competent jurisdiction without unnecessary delay after the execution of this Search Warrant.

SO ORDERED this **25th** day of **September** **2014**, at **1:52** (a.m./p.m.)

JUDGE OF THE **Magistrate** COURT

Filed in office this **6th** day of **October**, 20**14**

Deputy Clerk

**PLAINTIFF'S EXHIBIT 3**

NO-KNOCK PROVISION (Not Valid Unless Signed)

IT APPEARING from the aforementioned Affidavit that there are reasonable grounds to believe that the giving of verbal notice would greatly increase the officer's peril and (or) lead to the immediate destruction of the instruments, articles, or things ordered to be seized.

IT IS, THEREFORE, ORDERED that entry be made without knocking and the giving of verbal notice of the officer's authority and purpose.

SO ORDERED this _____ day of _____ ,20 ____ ,at _____ .M.

JUDGE OF THE __Magistrate__ COURT

========================================================================

## RETURN OF SERVICE

☐ This Search Warrant was not executed and is returned to the judicial officer who issued it.

☑ I executed this Search Warrant on __25th__ day of __September__ ,20 __14__ ,at __1:55AM__ and searched the person, premises or property described in the warrant. A copy of this warrant:

☐ Was left with _____
☑ Was left in the following conspicuous place: __Kitchen Counter__ because no one was available to be given the warrant:

Attached hereto is an inventory consisting of __37__ pages, of the instruments, articles, or things which were seized pursuant to this Search Warrant. This inventory was made in the presence of __SA Kirk Smith__ and I swear (affirm) that this inventory is a true and detailed account of all instruments, articles, or things seized pursuant to this Search Warrant.

_Lindsey B Giddens_
Affiant

Sworn and subscribed to before me this __7th__ day of __October__ ,20 __14__

_Faith Snell_
TITLE __Magistrate Judge__

## AFFIDAVIT AND APPLICATION FOR A SEARCH WARRANT

IN THE **MAGISTRATE** COURT OF **LAURENS** COUNTY
STATE OF GEORGIA

Docket No. **2014-1803**

The undersigned **SPECIAL AGENT LINDSEY GIDDENS** being duly sworn, deposes and says:
I am an officer of the State of Georgia or its political subdivisions charged with the duty of enforcing the criminal laws, and that I have reason to believe that in **LAURENS** County, Georgia, on the person, premises, or property described as follows: (state detailed description of person, property, or location)

**The residence located at 1184 Highway 319 North, Dublin, Laurens County, Georgia. The residence is owned by David N. Hooks according to the Laurens County Tax Assessor's website.**
**The residence is further described as a two story dwelling with grey vinyl siding, black shutters and a front porch with white columns. There is also white lattice surrounding the front porch of the residence. To search is to include all other vehicles and outside buildings located on the entire curtilage.**

there is now located certain instruments, articles, person(s), or things, namely: (specify evidence, contraband, or person(s) to be searched for)

**Shell casings, projectiles, DNA, Trace Evidence, Hairs, Fibers, Firearms, ammunition, fingerprints, gunshot residue, blood, body fluids**

Which is (name the law being violated)

### Aggravated Assault on a Police Officer O.C.G.A. 16-5-21 (c)

The facts tending to establish probable cause that a crime has been, or is being committed and the above described instruments, articles or things described above are presently located at the above described premises or property are as follows:(state in detail the facts you believe create probable cause, including statement of ownership, possession, or control, if known)

Your Affiant, Special Agent LINDSEY B. GIDDENS, is a Special Agent with the Georgia Bureau of Investigation, and is authorized under the laws of the State of Georgia to conduct investigations, make arrests for offenses under Georgia Statutes, and to perform other duties as required by law. Affiant has been employed in law enforcement since September 2003, and has been employed by the Georgia Bureau of Investigation since February 1, 2006. Prior to current employment affiant was employed by the Oconee Drug Task Force as a Narcotics Agent. Affiant holds a Bachelor degree in Criminal Justice from Mercer University and a Master degree in Public Administration from Columbus State University. Since beginning employment in law enforcement affiant has received over 2500 hours of law enforcement training in conducting criminal investigations.

On Wednesday, September 24, 2014 at approximately 10:57 p.m., Laurens County Sheriff's Office executed a knock and announce search warrant at 1184 Highway 319 North, Dublin, Laurens County, Georgia which is the residence of David N. Hooks. Information had previously been obtained by Laurens County Sheriff's Office Investigator Chris Brewer regarding David N. Hooks being in possession of a quantity of methamphetamine.

Preliminary information indicates that upon arrival by the Laurens County Sheriff's Office, David N. Hooks was seen retreating to the upstairs of the residence. Entry was made by the Laurens County Sheriff's Office. At this time, David N. Hooks came downstairs with a firearm in hand. Laurens County Sheriff's Office deputies discharged their firearms in response to David N. Hooks being in possession of the firearm. It is

unknown at this time if any further action was taken by David N. Hooks. David N. Hooks was wounded by the Laurens County Sheriff's Office deputies.

It is necessary to process the crime scene at 1184 Hwy 319 North, Dublin, Laurens County, Georgia in order to obtain evidence regarding this investigation. Affiant requests permission to photograph and videotape the crime scene.

The scene is secured by Agents of the Georgia Bureau of Investigation.

Based on the above affidavit, Affiant believes that there is probable cause to believe that evidence of violations of Aggravated Assault on a Police Officer O.C.G.A. 16-5-21 (c) located within the above described residence.

I swear or affirm that all of the information contained in this Affidavit and all other testimony given by me under oath is true to the best of my knowledge and belief.

AFFIANT: _____

TITLE: **Special Agent III**

Sworn to and subscribed to before me this __25th__ day of __September__, 20 __14__, at __1:52__ (A.M.) (P.M.)

Judge of the __Magistrate__ Court

__Laurens__ County

SEARCH WARRANT ADDENDUM

On September 25, 2014 a search warrant was issued for the residence located at 1184 Hwy. 319, East Dublin, Laurens County, GA. This warrant was obtained by S/A LINDSEY GIDDENS of the Georgia Bureau of Investigation regarding a use of force investigation.

The use of force incident occurred while the Laurens County Sheriff's Office was executing a drug search warrant that was obtained by Investigator CHRIS BREWER of the LCSO on September 24, 2014 (a copy of the September 24, 2014 drug search warrant is attached). The drug search warrant was specific to methamphetamine and paraphernalia and included the residence, vehicles and outside buildings located within the curtilage. Laurens County Sheriff's Office personnel have not executed a search of the residence, vehicles and outside buildings located within the curtilage for methamphetamine and paraphernalia as authorized by the September 24, 2014 drug search warrant.

The GBI CSS began executing the search warrant issued to S/A GIDDENS on September 25, 2014. The residence has been secured by law enforcement agencies since that time; however GBI agents have not conducted a search for methamphetamine and paraphernalia.

It is now being requested this addendum be attached to this search warrant in order to authorize GBI agents to search the residence, vehicles, and outside buildings located within the curtilage for controlled substances, specifically methamphetamine and/or paraphernalia necessary for manufacturing, packaging, cutting, weighing and/or distributing controlled substances. It is necessary for GBI agents to conduct the search for controlled substances because this was the reason Laurens County SRT and deputies were at this location.

_Kendra Fitzgerald_
Affiant

_Faith Snell_
Magistrate Judge Laurens County

9/26/2014
Date

# GEORGIA BUREAU OF INVESTIGATION
## REGION 12
### INVESTIGATIVE SUMMARY

**12-0059-34-15**

On Thursday, September 25, 2014, at approximately 12:43 a.m., Special Agent JERRY JONES was located at 1184 Highway 319 North, East Dublin, Laurens County, Georgia in reference to interviewing TERESA HOOKS regarding this case. During the interview, TERESA essentially stated the following:

TERESA is the wife of DAVID HOOKS. This evening, TERESA was located upstairs (2nd floor) and had just turned off the TV. DAVID was located in the master bedroom on the bottom floor (1st floor) of the residence. TERESA was preparing to go to bed when she heard what she believed to be a vehicle outside the residence. She looked outside the window and saw what she described as individuals with black hoods. It could have been more than four (4) people. She didn't recall seeing a vehicle, but she heard it. TERESA was concerned about this activity due the fact that a theft had just occurred at their residence on Monday. TERESA began to yell for DAVID. She believed that DAVID was asleep due to the fact he was asking her "what's going, what, what". TERESA went downstairs and was in the foyer when entry was made into their house. A light was on in the kitchen. She heard someone yell prior to the door being rammed. DAVID came out of the bedroom carrying a shotgun. TERESA believed that DAVID had been asleep due to the fact that he was not clothed and he normally slept in the nude

TERESA ran to the master bedroom for the purpose of retrieving a gun due to the fact that she did not know what was going on at this point. She ran to the master bathroom and got into a closet. She used DAVID'S cell phone identified as (478) 304-2695 to call her son, BRANDON DEAN. She recalled hearing gunshots before

Page 1 of 3

480859



PROPERTY OF GBI

EXHIBIT ___5___

HOOKS - 724

12-0059-34-15

she reached the bathroom. She called BRANDON and told him they were shooting and he needed to call 911; she heard the gunshots before she called BRANDON. She heard the gunshots as she was running to the bathroom. After calling BRANDON she went to the bedroom door. She began to hear people telling her to come out with her hands up. It was at this time that she realized that it was law enforcement officers in her house. She did not know any of the law enforcement officers. When she came out of the bedroom they handcuffed her. She remembered seeing people with body armor and helmets. DAVID had been carried outside of the residence for medical treatment.

Prior to conducting the interview, SA JONES activated a digital voice recorder for the purpose of documenting this interview. This audio recording will be downloaded and attached to this summary. For a verbatim account of the interview, refer to the audio recording.

No further information was provided at this time. Investigative action concluded at approximately 1:03 a.m.

**ATTACHMENTS**
AUDIO Teresa Hooks Interview                                                             (Attachments)

**ID DATA:**

**HOOKS, TERESA HEATH**

SEX/RACE: FEMALE/WHITE
ADDRESS: 1184 HIGHWAY 319 NORTH
EAST DUBLIN, LAURENS COUNTY, GA
COUNTRY: UNITED STATES

Page 2 of 3
480859

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT   5

HOOKS - 725