FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 FEB 20 PM 2: 53
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| TERESA POPE HOOKS, individually; and ESTATE OF DAVID HOOKS, by Teresa Pope Hooks, Administratrix, | * * * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 316-023 |
| CHRISTOPHER BREWER; STEVE VERTIN; and WILLIAM "BILL" HARRELL; | * * * * | |
| Defendants. | * | |

**O R D E R**

Presently before the Court is Defendants' Motion to Stay Proceedings Pending Appeal. (Doc. No. 133.) On February 16, 2018, Defendants filed their notice of interlocutory appeal regarding this Court's Order denying Defendants' motions for summary judgment; Defendants contend therein that they are entitled to interlocutory review of this Court's determination that Defendants are not entitled to qualified immunity at summary judgment. (Doc. No. 132.) In their motion to stay, Defendants request that this Court stay all proceedings and deadlines pending the resolution of their interlocutory appeal. (Doc. No. 133, at 2.) Counsel for Defendants represents that Plaintiffs have consented to the relief presently requested by Defendants in their motion to stay. (Doc. No. 133, at 2.)

Accordingly, upon due consideration, **IT IS HEREBY ORDERED**

that Defendants' motion to stay (doc. no. 133) is **GRANTED** and all proceedings in this matter are hereby **STAYED** pending the resolution of Defendants' present interlocutory appeal.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE