IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

```
TERESA POPE HOOKS, individually;   *
and ESTATE OF DAVID HOOKS, by      *
Teresa Pope Hooks,                 *
Administratrix,                    *
                                   *
     Plaintiffs,                   *
                                   *
     v.                            *      CV 316-023
                                   *
CHRISTOPHER BREWER; STEVE          *
VERTIN; and WILLIAM "BILL"         *
HARRELL,                           *
                                   *
     Defendants.                   *
```

O R D E R

The judgment in the above-styled action having been affirmed in part, reversed in part, and remanded by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the judgment of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court. The Clerk is **DIRECTED** to enter judgment in favor of Defendants Harrell and Vertin. The Clerk is further **DIRECTED** to **TERMINATE** Teresa Pope Hooks, individually, as a party to the case. Plaintiff's claims as administratrix of David Hooks' estate against Defendant Brewer shall proceed to trial in due course.

**ORDER ENTERED** at Augusta, Georgia, this 21st day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE