IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| ESTATE OF DAVID HOOKS, by Teresa Pope Hooks, Administratrix, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 316-023 |
| CHRISTOPHER BREWER, | * * | |
| Defendant. | * | |

O R D E R

Pending before the Court is Defendant Christopher Brewer's motion to stay. (Doc. No. 155.) Defendant seeks a stay of the case pending the final outcome of his anticipated appeal to the United States Supreme Court. Upon consideration, the motion is **GRANTED** and this case is **STAYED** pending the resolution of Defendant's petition for certiorari. **IT IS FURTHER ORDERED** that Defendant shall file a notice with the Court within fourteen (14) days of the Supreme Court's ruling.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE