IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

TERESA POPE HOOKS, individually; *
and ESTATE OF DAVID HOOKS, by     *
Teresa Pope Hooks,                *
Administratrix,                   *
                                  *
          Plaintiffs,             *
                                  *
     v.                           *     CV 316-023
                                  *
CHRISTOPHER BREWER,               *
                                  *
          Defendant.              *

_____

**O R D E R**
_____

Before the Court is the Parties' joint motion to amend the Scheduling Order.  (Doc. No. 165.)  This case was stayed pending the resolution of Defendant's petition for certiorari to the United States Supreme Court.  That petition followed the Eleventh Circuit's decision reversing in part and remanding the case to this Court.  The Parties now seek to amend the Scheduling Order, including proposed dates for various deadlines and requesting that trial be set no earlier than September 7, 2021.  Upon due consideration, the motion is **GRANTED.  IT IS HEREBY ORDERED** that the Scheduling Order is amended as follows:

    CLOSE OF DISCOVERY AS TO DAMAGES          June 14, 2021

    LAST DAY FOR FILING *DAUBERT* MOTIONS     July 23, 2021
    RELATED TO DAMGES EXPERTS

| | |
|---|---|
| DEPOSITIONS FOR THE PRESERVATION OF EVIDENCE | Up to 30 days in advance of the date set for trial |
| TRIAL TO BE SPECIALLY SET | No earlier than September 7, 2021 |

All other deadlines or other requirements set forth in the Scheduling Order, as previously amended, not in conflict with the amendments set forth herein shall remain in full force and effect.

**IT IS FURTHER ORDERED** that the stay in this case is ~~LIFTED~~.

**ORDER ENTERED** at Augusta, Georgia, this 24th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE