UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| TERESA POPE HOOKS, individually and ESTATE OF DAVID HOOKS, by Teresa Pope Hooks, Administratrix ) ) ) ) Plaintiffs, ) ) v. ) ) CHRISTOPHER BREWER, ) In his individual capacity ) ) Defendant. ) | CIVIL ACTION FILE NO.: 3:16-CV-00023-DHB-BKE |

**MOTION FOR LEAVE OF ABSENCE**

COMES NOW KELLY L. CHRISTOPHER, and requests the Court grant her a leave of absence from this Court for the following periods: February 14 – 22, 2022 and April 8 – 11, 2022.

Counsel shows to the Court that during the periods of time set forth, she will be out of the State for family vacations. No proceedings are set in this action which require her appearance during these periods of time.

WHEREFORE, Kelly L. Christopher respectfully requests her Motion for Leave of Absence be granted and that no proceedings be scheduled or held in the above-styled matter during the periods set forth above.

Respectfully submitted this 3rd day of November, 2021.

2

           **BUCKLEY CHRISTOPHER, P.C.**

           /s/ Kelly L. Christopher

           _____

2970 Clairmont Road, N.E.    KELLY L. CHRISTOPHER
Suite 650    Georgia State Bar No. 609879
Atlanta, GA 30329    Attorney for Defendant
(404) 633-9230
(404) 633-9640 (facsimile)
kchristopher@bchlawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2021, I served all counsel of record with MOTION FOR LEAVE OF ABSENCE by filing electronically through the Pacer CM/ECF System which will automatically send notification of such filing to the following attorneys of record:

Mitchell M. Shook, Esq.
P. O. Drawer P
470 Randolph Dr.
Vidalia, GA 30474-8929

Brian Spears, Esq.
1126 Ponce de Leon Ave.
Atlanta, GA 30306

Respectfully submitted,

**BUCKLEY CHRISTOPHER, P.C.**

/s/ Kelly L. Christopher
_____
KELLY L. CHRISTOPHER
Georgia State Bar No. 609879
Attorney for Defendant

2970 Clairmont Road, N.E.
Suite 650
Atlanta, GA 30329
(404) 633-9230
(404) 633-9640 (facsimile)
kchristopher@bchlawpc.com

3