UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| TERESA POPE HOOKS, individually and ESTATE OF DAVID HOOKS, by Teresa Pope Hooks, Administratrix | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO.: 3:16-CV-00023-DHB-BKE |
| v. | ) ) | |
| CHRISTOPHER BREWER, In his individual capacity | ) ) ) ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW LEAVE OF ABSENCE**

COMES NOW KELLY L. CHRISTOPHER, and requests the Court grant her Motion to Withdraw Leave of Absence. The Motion for Leave of Absence (Doc 184), was mistakenly filed for her and should and will be filed instead for Timothy J. Buckley III.

Respectfully submitted this 3rd day of November, 2021.

**BUCKLEY CHRISTOPHER, P.C.**

/s/ Kelly L. Christopher
_____
KELLY L. CHRISTOPHER
Georgia State Bar No. 609879
Attorney for Defendant

2970 Clairmont Road, N.E.
Suite 650
Atlanta, GA 30329
(404) 633-9230
(404) 633-9640 (facsimile)
kchristopher@bchlawpc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2021, I served all counsel of record with MOTION TO WITHDRAW LEAVE OF ABSENCE by filing electronically through the Pacer CM/ECF System which will automatically send notification of such filing to the following attorneys of record:

Mitchell M. Shook, Esq.
P. O. Drawer P
470 Randolph Dr.
Vidalia, GA 30474-8929

Brian Spears, Esq.
1126 Ponce de Leon Ave.
Atlanta, GA 30306

Respectfully submitted,

**BUCKLEY CHRISTOPHER, P.C.**

/s/ Kelly L. Christopher
_____
KELLY L. CHRISTOPHER
Georgia State Bar No. 609879
Attorney for Defendant

2970 Clairmont Road, N.E.
Suite 650
Atlanta, GA 30329
(404) 633-9230
(404) 633-9640 (facsimile)
kchristopher@bchlawpc.com