UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| TERESA POPE HOOKS, individually and ESTATE OF DAVID HOOKS, by Teresa Pope Hooks, Administratrix | )<br>)<br>)<br>) |
| Plaintiffs, | )  CIVIL ACTION FILE NO.:<br>)  3:16-CV-00023-DHB-BKE |
| v. | )<br>) |
| CHRISTOPHER BREWER, In his individual capacity | )<br>)<br>) |
| Defendant. | ) |

**MOTION FOR LEAVE OF ABSENCE**

COMES NOW TIMOTHY J. BUCKLEY III, and requests the Court grant him a leave of absence from this Court for the following periods: February 14 – 22, 2022 and April 8 – 11, 2022.

Counsel shows to the Court that during the periods of time set forth, he will be out of the State for family vacations. No proceedings are set in this action which require his appearance during these periods of time.

WHEREFORE, Timothy J. Buckley III respectfully requests his Motion for Leave of Absence be granted and that no proceedings be scheduled or held in the above-styled matter during the periods set forth above.

Respectfully submitted this 3rd day of November, 2021.

2

                                        **BUCKLEY CHRISTOPHER, P.C.**

/s/ Timothy J. Buckley III

_____

TIMOTHY J. BUCKLEY III
Georgia State Bar No. 092913
Attorney for Defendants

2970 Clairmont Road, N.E.
Suite 650
Atlanta, GA 30329
 (404) 633-9230
(404) 633-9640 (facsimile)
tbuckley@bchlawpc.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2021, I served all counsel of record with MOTION FOR LEAVE OF ABSENCE by filing electronically through the Pacer CM/ECF System which will automatically send notification of such filing to the following attorneys of record:

Mitchell M. Shook, Esq.
P. O. Drawer P
470 Randolph Dr.
Vidalia, GA 30474-8929

Brian Spears, Esq.
1126 Ponce de Leon Ave.
Atlanta, GA 30306

Respectfully submitted,

**BUCKLEY CHRISTOPHER, P.C.**

/s/ Timothy J. Buckley III
_____
TIMOTHY J. BUCKLEY III
Georgia State Bar No.092913
Attorney for Defendants

2970 Clairmont Road N.E.
Suite 650
Atlanta, Georgia 30329
(404) 633-9230
(404) 633-9640 (facsimile)
tbuckley@bchlawpc.com