IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

```
TERESA POPE HOOKS, individually;  *
and ESTATE OF DAVID HOOKS, by     *
Teresa Pope Hooks,                *
Administratrix,                   *
                                  *
     Plaintiffs,                  *
                                  *
     v.                           *    CV 316-023
                                  *
CHRISTOPHER BREWER,               *
                                  *
     Defendant.                   *
```

## O R D E R

Defendant's motion for leave of absence having been inadvertently filed for the wrong defense attorney, the related motion to withdraw the motion for leave of absence (doc. no. 185) is **GRANTED**. The Clerk shall **TERMINATE** the motion for leave of absence filed on behalf of Kelly L. Christopher, Esq. (doc. no. 184). The motion for leave of absence filed on behalf of Timothy J. Buckley III, Esq. (doc. no. 186) has been taken under advisement.

**ORDER ENTERED** at Augusta, Georgia, this _4th_ day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE