IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| TERESA POPE HOOKS, individually, and ESTATE OF DAVID HOOKS, by Teresa Pope Hooks, Administratrix,<br><br>Plaintiffs,<br><br>VS.<br><br>CHRISTOPHER BREWER, et al.,<br><br>Defendants. | CASE NO:<br>3:16CV00023-DHB-BKE |

## MOTION FOR LEAVE OF ABSENCE

COMES NOW BRIAN SPEARS, and requests the Court grant him a leave of absence from this Court for the following periods: December 22, 2021 – Jan 4, 2022, Feb 23 – 24, 2022, March 11 – 18, 2022, and May 6 – 10, 2022. Counsel shows to the Court that during the periods of time set forth, he will be out of the state for professional development and family vacation. No proceedings are set in this action which require his appearance during these periods of time.

WHEREFORE, Brian Spears respectfully requests that his Motion for Leave of Absence be granted and that no proceedings be scheduled or held in the above-styled matter during the periods set forth above.

Submitted this 11th day of November, 2021.

                                                                    S/ G. BRIAN SPEARS  
                                                                    Bar No. 670112  
                                                                    Attorney for Plaintiffs  
                                                                    1126 Ponce de Leon Ave., N.E.  
                                                                    Atlanta, Georgia 30306  
                                                                    Tele:  (404) 872-7086  
                                                                    Fax:   (404) 892-1128  
                                                                    Email: Bspears@mindspring.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2021, I electronically filed the attached with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

<u>S/BRIAN SPEARS</u>
Georgia Bar No. 670112
Attorney for Plaintiffs
1126 Ponce de Leon Avenue
Atlanta, GA 30306
Telephone: (404) 872-7086
Email: Bspears@mindspring.com