IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

TERESA POPE HOOKS, individually,
and ESTATE OF DAVID HOOKS, by
Teresa Pope Hooks, Administratrix,

Plaintiffs,

VS.

CASE NO:
3:16-CV-00023-DHB-BKE

CHRISTOPHER BREWER, et al.,

Defendants.
_____

### PLAINTIFF'S SUR-RESPONSE IN OPPOSITION TO DEFENDANT BREWER'S MOTION FOR LEAVE TO RENEW DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs respond to Defendant Brewer's Reply Brief, Doc. 188, as follows:

Plaintiffs' initial Brief (Doc. 181: 1-3) objected to Brewer's Motion because it is untimely, it is not authorized by the Scheduling Orders jointly sought by Brewer over the last year and because no reason is offered by Brewer for waiting so long.  Brewer fails to respond to the substance of Plaintiffs' objection; Brewer still fails to provide any reason for his delay in seeking leave to renew his motion for summary judgment.

Plaintiffs' initial Brief argued that there has been no change of decisional law nor change in the facts before this Court which warrant a renewal of Brewer's

1

Motion for Summary Judgement. (Doc. 182, 8-11) Despite Plaintiffs' objection, in his Reply Brief, Brewer continues to fail to point to any single change in decisional law nor to any change in the evidence in the record before the Court which warrant renewal of his Motion for Summary Judgment.

Defendant's Reply Brief makes clear that Brewer seeks leave to reassert his "proximate cause" argument asking that this Court rule "as a matter of law," Doc. 188:3, that there is "no legally actionable causal link," id., between his securing of a constitutionally invalid search warrant and the force used by his fellow deputies to execute that warrant. Relying on *Jackson v. Sauls,* 206 F.3d 1156 (11th Cir. 2000) and *County of Los Angeles, Calif. v. Mendez*, 137 S. Ct. 1539 (2017), this Court has already rejected Mr. Brewer's argument.

Respectfully submitted this 11th day of November, 2021.

> G. Brian Spears
> Bar No. 670112
> Jeff Filipovits
> Bar No. 825553
> Spears & Filipovits, LLC
> 1126 Ponce de Leon Ave.
> Atlanta, GA 30306
> 404-905-2225
> bspears@civil-rights.law

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2021, I electronically filed the attached with the Clerk of Court using the CM/ECF system and I caused to be served upon the following counsel a true and correct copy of the foregoing by delivering the same by first class mail, postage prepaid, to the following:

Timothy J. Buckley, III
Kelly L. Christopher
Buckley Christopher, P.C.
2970 Clairmont Road NE, Suite 650
Atlanta, Georgia 30329

Mitchell M. Shook
Post Office Drawer 300
Vidalia, Georgia 30475

                G. Brian Spears
                Bar No. 670112
                Jeff Filipovits
                Bar No. 825553
                Spears & Filipovits, LLC
                1126 Ponce de Leon Ave.
                Atlanta, GA 30306
                404-905-2225
                bspears@civil-rights.law