IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

```
TERESA POPE HOOKS, individually;  *
and ESTATE OF DAVID HOOKS, by     *
Teresa Pope Hooks,                *
Administratrix,                   *
                                  *
     Plaintiffs,                  *
                                  *
     v.                           *      CV 316-023
                                  *
CHRISTOPHER BREWER,               *
                                  *
     Defendant.                   *
```

### ORDER AND NOTICE OF PRETRIAL PROCEEDINGS

The pretrial conference in the captioned matter is scheduled for Friday, February 4, 2022 at 10:00 a.m. in Augusta, Georgia. **IT IS HEREBY ORDERED** that the proposed pretrial order shall be filed by the close of business on January 28, 2022.[1] In preparation of the proposed pretrial order, lead counsel for the parties are instructed <u>to meet and confer, either in person or virtually</u>, and to prepare and file with the Clerk of this Court a joint <u>consolidated</u> proposed pretrial order. Counsel for the <u>plaintiffs</u> shall have the responsibility to initiate compliance herewith. The form of the proposed pretrial order shall be in accord with the attached instructions. For the parties' convenience, the form

---

[1] The Clerk is instructed to **TERMINATE** the joint motion to set time for filing the proposed pretrial order. (Doc. No. 196.)

may be located at the Court's website www.gasd.uscourts.gov under "Forms" › "Civil Forms" › "Consolidated Pretrial Order – Judges Hall, Bowen & Moore."

A party's failure to comply with the requirements of this Order may result in dismissal of the complaint or answer or in other sanctions determined appropriate by the Court. The proposed pretrial order shall include a paragraph stating the date(s), duration, and manner in which the parties conferred and the names of all counsel or parties participating. Proposed pretrial orders which are not consolidated (proposed jointly) will not be accepted without the written permission of the Court.

All evidentiary objections and motions in limine, and responses thereto, which have not been resolved prior to the pretrial conference shall be submitted in writing at least seven (7) days prior to the scheduled pretrial conference.

At the time of the pretrial conference, the Court will approve, disapprove, or direct amendment of the proposed pretrial order. All trial exhibits (hard copies and in digital format) and an exhibit list must be provided to the Court at the pretrial conference. Lead counsel for each party shall attend the pretrial conference.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of December, 2021.

UNITED STATES DISTRICT JUDGE

2