**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**DUBLIN DIVISION**

| | | |
|---|---|---|
| **TERESA POPE HOOKS, individually** | ) | |
| **and ESTATE OF DAVID HOOKS,** | ) | |
| **by Teresa Pope Hooks, Administratrix** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION FILE NO.:** |
| | ) | **3:16-CV-00023-DHB-BKE** |
| **v.** | ) | |
| | ) | |
| **CHRISTOPHER BREWER,** | ) | |
| **in his individual capacity** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND

COMES NOW Christopher Brewer ("Defendant") by and through counsel, with the consent of Plaintiff Teresa Hooks, by and through counsel, moves this Court for an extension of time for Defendant to file a response to Plaintiff's Motion in Limine to Exclude Evidence, Testimony, or Argument Based on The Expert Opinion of Brittany Gresham or Her Toxicology Report.

On January 5, 2022, Plaintiff filed a Motion in Limine to Exclude Evidence, Testimony, or Argument Based on The Expert Opinion of Brittany Gresham or Her Toxicology Report.   Doc. 205.

Counsel for Defendants has been diligently preparing for the trial in this

matter and needs one additional week, through and including January 26, 2022, to respond to Plaintiff's motion.   The new response date will be more than seven (7) days prior to the pre-trial conference as ordered by this Court.   Doc. 199.

For the Court's convenience, a proposed Order is attached hereto as Exhibit "A."

Respectfully submitted:

/s/ TIMOTHY J. BUCKLEY III
Bar No. 092913
Attorney for Defendants

Buckley Christopher, P.C.
2970 Clairmont Road NE, Suite 650
Atlanta, Georgia 30329
Tele: (404) 633-9230

/s/ G. BRIAN SPEARS
Bar No. 670112
Attorney for Plaintiff

Spears & Filipovits, LLC
315 W. Ponce de Leon Ave, Suite 865
Atlanta, Georgia 30030
Tele: (404) 905-2225

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Mitchell M. Shook, Esq.
Salter, Shook & Tippett
P. O. Drawer 300
Vidalia, GA 30475

Brian Spears, Esq.
Wingo F. Smith, Esq.
Spears & Filipovits, LLC
315 W. Ponce de Leon Ave.
Suite 865
Atlanta, GA 30030

This 18th day of January, 2022.

**[Signature on following page]**

**BUCKLEY CHRISTOPHER, P.C.**

**/s/ TIMOTHY J. BUCKLEY III**
_____
TIMOTHY J. BUCKLEY III
Georgia State Bar No.092913
KELLY L. CHRISTOPHER
Georgia State Bar No. 609879
Attorneys for Defendants

2970 Clairmont Road N.E.
Suite 650
Atlanta, Georgia 30329
(404) 633-9230
(404) 633-9640 (facsimile)
tbuckley@bchlawpc.com
kchristopher@bchlawpc.com