IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

```
TERESA POPE HOOKS, individually;  *
and ESTATE OF DAVID HOOKS, by     *
Teresa Pope Hooks,                *
Administratrix,                   *
                                  *
     Plaintiffs,                  *
                                  *
        v.                        *      CV 316-023
                                  *
CHRISTOPHER BREWER,               *
                                  *
     Defendant.                   *
```

**ORDER REGARDING
JURY SELECTION**

In the captioned criminal case, the presiding judge has adopted the practice of requiring Juror Information Questionnaires from prospective jurors in all cases called for trial beginning January 1, 2022 in the Dublin division of this district. Counsel are notified that the procedure for the utilization of Juror Information Questionnaires appears of record in this Court's docket in Miscellaneous Case No. 3:21-MC-1, dated December 16, 2021, available upon request from the Clerk of Court.

In that the Juror Information Questionnaire provides a wealth of information about each juror which might otherwise be developed during a general voir dire session conducted by the Court, it is anticipated that the general voir dire session will be significantly curtailed. Nevertheless, counsel will be permitted to propound through the Court any necessary general questions not covered by the questionnaire and any successive individual questions deemed

appropriate by the Court and responsive to answers given by jurors in the Juror Information Questionnaires.

Because counsel received a Notice of Jury Selection and Trial issued under procedures in effect prior to the entry of Miscellaneous Order 3:21-MC-1, the Clerk is directed to enter a more current Notice of Jury Selection and Trial consistent with the current procedure and use of Juror Information Questionnaires.  The Clerk is further directed to provide the Juror Information Questionnaire to counsel by electronic means as soon as practicable.

By entry of this Order, counsel are notified of the change in procedure.  Lead counsel for each party must also sign and file the attached Acknowledgement regarding the Court's requirements for the use of Juror Information Questionnaires before access will be granted.

**ORDER ENTERED** at Augusta, Georgia, this 21st day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE

```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF GEORGIA
                         DUBLIN DIVISION
```

TERESA POPE HOOKS, individually;   \*
and ESTATE OF DAVID HOOKS, by      \*
Teresa Pope Hooks,                 \*
Administratrix,                    \*
                                   \*
        Plaintiffs,                \*
                                   \*
             v.                    \*       CV 316-023
                                   \*
CHRISTOPHER BREWER,                \*
                                   \*
        Defendant.                 \*

## ACKNOWLEDGEMENT OF COUNSEL
## REGARDING JUROR QUESTIONNAIRES

    By my signature as lead counsel hereunder, I understand and agree that I will be given exclusive access to the Juror Questionnaires in this case on the district court's CM/ECF system. Each Juror Questionnaire will be identified by number only. I understand that I will be provided a list of names corresponding to the Juror Numbers at the time of jury selection.

    I understand and agree that only <u>one copy</u> of each Juror Questionnaire may be printed. No further copies (electronic or paper) of the Juror Questionnaires may be made. I further understand that only co-counsel may have access to the Juror Questionnaires and all information contained therein. I have informed co-counsel of the provisions of this Acknowledgment and the consequences of any violation thereof. On the day of jury selection, I will return to the Clerk all paper copies of the Juror Questionnaires as soon as the jury is selected. Thereafter, the Clerk will destroy my copies. I will also delete any electronically stored data related to the Juror Questionnaires.

    Finally, I understand and agree that any violation of any provision of this Order by me or any person under my authority shall be deemed and punished as a willful contempt of an Order of this Court, punishable by fines, imprisonment, or other sanctions.

_____       _____
                      Signature                                            Date